B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Horizon Group Management, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>DBA The Merion; DBA Horizon Realty Group | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>36-4402468 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1946 W. Lawrence Avenue<br>Chicago, IL<br>ZIP Code 60640 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
|---|---|---|

| | | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Horizon Group Management, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Horizon Group Management, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Robert M. Fishman
Signature of Attorney for Debtor(s)

Robert M. Fishman 3124316
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

November 14, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Daniel Michael
Signature of Authorized Individual

Daniel Michael
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

November 14, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(04/13)   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Horizon Group Management, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _Robert M Fishman_ (signature)
Signature of Attorney for Debtor(s)
Robert M. Fishman 3124316
Printed Name of Attorney for Debtor(s)
Shaw Fishman Glantz & Towbin LLC
Firm Name
321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number
November 14, 2014
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Daniel Michael
Printed Name of Authorized Individual
Manager
Title of Authorized Individual
November 14, 2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Horizon Group Management, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| The Law Offices of Edward T. Joyce<br>135 S. LaSalle St<br>Suite 2200<br>Chicago, IL 60603 | The Law Offices of Edward T. Joyce<br>135 S. LaSalle St<br>Suite 2200<br>Chicago, IL 60603 | Services | | 482,228.77 |
| JS Law<br>29 E. Madison St.<br>Suite 1000<br>Chicago, IL 60602 | JS Law<br>29 E. Madison St.<br>Suite 1000<br>Chicago, IL 60602 | Services | | 351,226.55 |
| Sherman, David<br>105 Pine Tree Lane<br>Deerfield, IL 60015 | Sherman, David<br>105 Pine Tree Lane<br>Deerfield, IL 60015 | Wages | | 2,741.26 |
| Gergen, Margaret A.<br>2320 W Farwell<br>Chicago, IL 60645 | Gergen, Margaret A.<br>2320 W Farwell<br>Chicago, IL 60645 | Wages | | 1,726.03 |
| Almann-Camacho, Grissette M<br>3221 W Hirsch St #3<br>Chicago, IL 60651 | Almann-Camacho, Grissette M<br>3221 W Hirsch St #3<br>Chicago, IL 60651 | Wages | | 1,397.26 |
| Rasic, Zoran<br>3401 W Cullom<br>Chicago, IL 60618 | Rasic, Zoran<br>3401 W Cullom<br>Chicago, IL 60618 | Wages | | 1,315.07 |
| Alagna, Jude T.<br>5312 N. Osceola<br>Chicago, IL 60656 | Alagna, Jude T.<br>5312 N. Osceola<br>Chicago, IL 60656 | Wages | | 931.23 |
| Modena, Jennifer<br>3930 N Pine Grove Ave #513<br>Chicago, IL 60613 | Modena, Jennifer<br>3930 N Pine Grove Ave #513<br>Chicago, IL 60613 | Wages | | 904.11 |
| Yardi Systems, Inc.<br>430 South Fairview Avenue<br>Goleta, CA 93117 | Yardi Systems, Inc.<br>430 South Fairview Avenue<br>Goleta, CA 93117 | Trade debt | | 882.00 |
| Vulic, Zehra<br>5445 N. Sheridan Rd #3505<br>Chicago, IL 60660 | Vulic, Zehra<br>5445 N. Sheridan Rd #3505<br>Chicago, IL 60660 | Wages | | 854.79 |
| Bortell, Maria<br>3324 N Leavitt<br>Chicago, IL 60618 | Bortell, Maria<br>3324 N Leavitt<br>Chicago, IL 60618 | Wages | | 854.79 |

B4 (Official Form 4) (12/07) - Cont.

In re   Horizon Group Management, LLC                                    Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Morales, Maribel 5645 N Christiana #3 Chicago, IL 60659 | Morales, Maribel 5645 N Christiana #3 Chicago, IL 60659 | Wages | | 838.36 |
| Fiorito, Danny 2155 Ruby St Melrose Park, IL 60164 | Fiorito, Danny 2155 Ruby St Melrose Park, IL 60164 | Wages | | 838.36 |
| Paez, Edwin 1234 51st Court Cicero, IL 60804 | Paez, Edwin 1234 51st Court Cicero, IL 60804 | Wages | | 821.97 |
| Garstki, Amy D. 214 Wimbolton Dr. Mount Prospect, IL 60056 | Garstki, Amy D. 214 Wimbolton Dr. Mount Prospect, IL 60056 | Wages | | 821.92 |
| Perazic, Hasim 7612 W Ainslie Harwood Heights, IL 60706 | Perazic, Hasim 7612 W Ainslie Harwood Heights, IL 60706 | Wages | | 811.23 |
| Richards, Sarah 540 W Wellington #7 Chicago, IL 60657 | Richards, Sarah 540 W Wellington #7 Chicago, IL 60657 | Wages | | 797.26 |
| Guzman-Lopez, Claudia Marcela 3531 N Opal Ave Chicago, IL 60634 | Guzman-Lopez, Claudia Marcela 3531 N Opal Ave Chicago, IL 60634 | Wages | | 772.61 |
| Botefuhr, Victoria 306 N Gibbons Arlington Heights, IL 60004 | Botefuhr, Victoria 306 N Gibbons Arlington Heights, IL 60004 | Wages | | 772.60 |
| Rafael, Genevieve 140 Carthage Lane Hoffman Estates, IL 60169 | Rafael, Genevieve 140 Carthage Lane Hoffman Estates, IL 60169 | Wages | | 761.92 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   November 14, 2014                    Signature    _____
                                                          Daniel Michael
                                                          Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Horizon Group Management, LLC _____   Case No. _____

                                    Debtor(s)                        Chapter    11   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 148

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   November 14, 2014   _____    _____

                                                            Daniel Michael/Manager
                                                            Signer/Title

Alagna, Jude T.
5312 N. Osceola
Chicago, IL 60656

Alfaro, Nery
1609 S 50th Court
Cicero, IL 60804

Almann-Camacho, Grissette M
3221 W Hirsch St #3
Chicago, IL 60651

American  Answering Service, LLC
4570 S. Eastern Ave, #26
Las Vegas, NV 89119

Americaneagle.com
2600 S. River Road
Des Plaines, IL 60018

Anderson, John
2127 W Leland Ave
Chicago, IL 60625

Argueta, Martin
4516 W Montana, 1st FL
Chicago, IL 60639

Bartolon, Diane
5100 N Marine Dr 17B
Chicago, IL 60640-6362

Baxter, Emily Wren
1514 W Pratt #3B
Chicago, IL 60626

Berkowitz, Yair
6933 N Kedzie #516
Chicago, IL 60645

Bliznick, Robert
4637 N Lowell, G2
Chicago, IL 60630

Blue Cross/Blue Shield
P.O. Box 1186
Chicago, IL 60690


Bortell, Maria
3324 N Leavitt
Chicago, IL 60618


Botefuhr, Victoria
306 N Gibbons
Arlington Heights, IL 60004


Bridges, Megan E.
6966 N Ridge #202
Chicago, IL 60645


Brock, George H
5700 N Sheridan Rd #819
Chicago, IL 60660


Call One United Communications
P.O. Box 87618, Dept. #10278
Chicago, IL 60680


Cardenas, Irma
364 Hastings Street
Elgin, IL 60120


Chambers, Robert
917 Laura
Sauk Village, IL 60411


Chavin, Stacie
4851 N Damen #109
Chicago, IL 60640


Chicago Tribune
P.O.BOX 9001157
Louisville, KY 40290


Comcast Cable
P.O. Box 3002
South Eastern, PA 19398

ComEd
P.O. Box 6111
Carol Stream, IL 60197


Converged Digital Networks
2051 Ogden Avenue
Downers Grove, IL 60515


Cook County Photocopy, Inc.
142 Crossen Avenue
Elk Grove Village, IL 60007


Cordero, Raul
5036 N Sheridan Rd #701
Chicago, IL 60640


Corelogic Safe Rent
P.O. Box 402453
Atlanta, GA 30384


Custer, James C.
1624 W Morse #901
Chicago, IL 60626


Cutting Edge Document Destruction LLC
3301 W. 47th Place
Chicago, IL 60632


Dacic, Bejto
5650 N Sheridan #1C
Chicago, IL 60660


Daniel Michael
200 Sterling Lane
Northfield, IL 60093


Daniel Michael Living Trust u/t/a/d 3/4/
200 Sterling Lane
Northfield, IL 60093


David S. Michael

Davidson, Shannon
6116 N Winthrop #1E
Chicago, IL 60660


Davis, Tommy
613  N Lorel Ave
Chicago, IL 60644


DD&MM Irrevoc Trust dated 12/1/09



DSM Irrevocable Trust dated 6/9/04



Eddings, Isaac
11149 S King Drive
Chicago, IL 60628


Entenmann, Richard S.
3036 W Chicago Ave #1E
Chicago, IL 60622


Escobedo Garcia, Baldemar
1660 Norwood Ave #402
Itasca, IL 60143


Federal Express
P.O. BOX 94515
PALATINE, IL 60094


Felton, Ronald
1355 W Estes #L4
Chicago, IL 60626


Fernandez, Francisco
3048 N Natoma Ave
Chicago, IL 60634


Figueroa, Juan
424 East Lincoln Ave
Glendale Heights, IL 60139

Fiorito, Danny
2155 Ruby St
Melrose Park, IL 60164


France-Vena, Amy
18408 Morris Ave
Homewood, IL 60430


Frasheri, Voltan
7437 W Fullerton #1R
Elmwood Park, IL 60707


Gabor, Elena
635 West Barry
Chicago, IL 60657


Garcia, Rodolfo
2218 S 59th Avenue
Cicero, IL 60804


Garstki, Amy D.
214 Wimbolton Dr.
Mount Prospect, IL 60056


Gergen, Margaret A.
2320 W Farwell
Chicago, IL 60645


Gjota, Arber
4822 N Talman #3A
Chicago, IL 60625


GNY Insurance Companies
Church Street Post Office
P.O. Box 4692
New York, NY 10261


Gomez, Daniel
4929 Kedzie
Chicago, IL 60625


Gonzalez, Felix
2014 S Racine #313
Chicago, IL 60608

Gonzalez, Georgina
4722 N Keystone - BSMT
Chicago, IL 60630


Grazulis, Angela J.
372 Southbury Ct #D1
Schaumburg, IL 60193


Guadarrama-Juarez, Alfredo
2542 W Thorndale #1
Chicago, IL 60659


Guzman, Misael
4861 West Cornelia
Chicago, IL 60641


Guzman-Lopez, Claudia Marcela
3531 N Opal Ave
Chicago, IL 60634


Gyetvai, Brandon
2148 W Concord PL, 1st Fl
Chicago, IL 60647


Hernandez, Vicente
4640 N Sheridan #2203
Chicago, IL 60640


Hill, Kenneth
4419 S Wells Street
Chicago, IL 60609


Horizon Group I, LLC
1946 W. Lawrence Avenue
Chicago, IL 60640


Houseton, Kristin
664 E 50th Place
Chicago, IL 60615


Houston, Gregory
1040 W Granville #226
Chicago, IL 60660

Hunt, Julian
5016 N Winthrop #308
Chicago, IL 60640


Ibrahimi, Bari
915 W Wilson #211
Chicago, IL 60640


Iordanescu, Valeriu
2307 W Granville
Chicago, IL 60659


Jaber, Krystyn
4219 N. Ozanam
Norridge, IL 60706


James Zouras
P.O. Box 2112
Glenview, IL 60025


Jeffrey E. Michael


JEM Irrecovable Trust dated 7/4/02


Jiamachello, Shannon
2317 W Barry Ave
Chicago, IL 60618


JS Law
29 E. Madison St.
Suite 1000
Chicago, IL 60602


Kalo, Ilia
245 N Princeton
Villa Park, IL 60181


Katie Lind
c/o Hall Adams
33 N. Dearborn Street, Suite 2350
Chicago, IL 60602

Kovacic, Muhamed
5930 N. Maplewood
Chicago, IL 60659


Leon, Gelacio
4223 W Hirsch
Chicago, IL 60651


Limonez, Gabriel
4607 N Sheridan Rd #210
Chicago, IL 60640


Lopez, Antonio R
1660 Norwood Ave #402
Itasca, IL 60143


Maldonado, Joe
5711 S Meade
Chicago, IL 60638


Martha Michael Living Trust u/t/a/d 3/4/
200 Sterling Lane
Northfield, IL 60093


Martin, Gary M
3648 N Troy
Chicago, IL 60618


Martinez, David
1331 W Loyola Ave
Chicago, IL 60626


Martinez, Miguel
5312 W Deming
Chicago, IL 60639


MC Squared Energy Services, LLC
P.O. Box 9001215
Louisville, KY 40290


McCain, Erin
819 Dobson Street #3
Evanston, IL 60202

McKinley, Morgan
1848 W Morse Ave
Chicago, IL 60626


McTighe, John
4050 West End Rd
Downers Grove, IL 60515


Melick, Andrew
PO Box 408186
Chicago, IL 60640


Michael, Jeffrey
864 Kimball Rd
Highland Park, IL 60035


Milsted, Caitlin
3237 W Sunnyside Ave, 3E
Chicago, IL 60625


Mitchell, Marlon
3333 N Marshfield #304
Chicago, IL 60657


Modena, Jennifer
3930 N Pine Grove Ave #513
Chicago, IL 60613


Molina, Jose
2427 N Central Park
Chicago, IL 60647


Morales, Adela
5645 N Christiana #3
Chicago, IL 60659


Morales, Maribel
5645 N Christiana #3
Chicago, IL 60659


Mores, David
1150 West Diversey
Chicago, IL 60614

Munoz, Raynaldo
2923 WFulton St
Chicago, IL 60612

Mustafa, Gentian
6547 W. Bittersweet #2
Chicago, IL 60634-1439

Mustafa, Hysen
6547 W Bittersweet Place
Chicago, IL 60634

Nava, Armando
4244 N Drake
Chicago, IL 60618

Navarro, Adrian
3103 S Ridgeway Ave
Chicago, IL 60623

Nenciu, Valentina
4427 N Seeley
Chicago, IL 60625

Ochoa, Juan
2339 N McVicker
Chicago, IL 60639

OfficeMax
P.O. Box 101705
Atlanta, GA 30392

Ohlendorf, Tommy
3619 West Byron, 1st Fl
Chicago, IL 60618

Osmak, Jerzy
4022 Crain St
Skokie, IL 60076

Owens, Keith
6821 N Sheridan Rd
Chicago, IL 60626

Paez, Edwin
1234 51st Court
Cicero, IL 60804


Pali, Arian
6726 N Glenwood
Chicago, IL 60626


Parra, Maylcol
129 E Bellevue Place
Chicago, IL 60611


Parra-Rodriguez, Martha
3315 N Lavergne Ave, 1st Fl
Chicago, IL 60641


Peoples Gas Co.
P.O. Box 19100
Green Bay, WI 54307


Perazic, Hasim
7612 W Ainslie
Harwood Heights, IL 60706


Perez, Maria R.
4537 S Harding
Chicago, IL 60632


Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250


Rafael, Genevieve
140 Carthage Lane
Hoffman Estates, IL 60169


Ramirez, Pablo
5050 N Sheridan Rd #501
Chicago, IL 60640


Rapacz, Patrick R.
1719 W Albion Ave
Chicago, IL 60626

Rasic, Zoran
3401 W Cullom
Chicago, IL 60618


Rehm, Mary Frances
833 W Buena #2209
Chicago, IL 60613


Reyes, David
1234 S 51st Court
Cicero, IL 60804


Richards, Sarah
540 W Wellington #7
Chicago, IL 60657


Rivera, Eugenio
7544 N Bell
Chicago, IL 60645


Rosenberg, Ruth
5844 N Whipple - Bsmt
Chicago, IL 60659


Rosenthal Bros
740 Waukegan Road
#402
Deerfield, IL 60015-0700


Rosenthal Brothers, Inc.
740 Waukegan Rd.
Deerfield, IL 60015


Rumpel, Aurel
538 W Millers Road
Des Plaines, IL 60016


Sambrano, Miguel
2014 S. Racine #406
Chicago, IL 60608


Semper Fi Printing, LLC
2420 E. Oakton St., Unit Q
Arlington Heights, IL 60005

Sherman, David
105 Pine Tree Lane
Deerfield, IL 60015


Skelic, Ismar
5100 Sheridan #310
Chicago, IL 60640


Smith, John E
4541 N Sheridan
Chicago, IL 60640


Solus Contract Services, LLC
7370 N. Lincoln
Lincoln Wood, IL 60712


Staples Advantage
P.O. Box 415256
Boston, MA 02241


State Farm
9547 Crawford Ave
Evanston, IL 60203


The Law Offices of Edward T. Joyce
135 S. LaSalle St
Suite 2200
Chicago, IL 60603


THM Irrevocable Trust dated 6/9/04


Tracy H. Michael


Umbright, Steven J
2744 N McVicker
Chicago, IL 60639


Viveros, Dionisio
6444 N Hamilton
Chicago, IL 60645

Vulic, Zehra
5445 N. Sheridan Rd #3505
Chicago, IL 60660

Wentz, Jack
2921 N Washtenaw Ave
Chicago, IL 60618

Willis, Jr., Terry
5445 North Sheridan #2001
Chicago, IL 60640

Woodson, Macon
1345 W Estes
Chicago, IL 60626

Yardi Systems, Inc.
430 South Fairview Avenue
Goleta, CA 93117