APPEARANCE

United States Bankruptcy Court
For the  Northern  District of  Illinois
EASTERN DIVISION

In re HORIZON GROUP MANAGEMENT, LLC )
) Case No. 14-41230
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

The Law Offices of Edward T. Joyce & Associates, P.C. and The Law Offices of Jeffrey S. Sobek, P.C.

| Paul M. Bauch | Bauch & Michaels, LLC |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Paul M. Bauch | FIRM ID NUMBER: |
| Signature | 53 West Jackson Boulevard, Suite 1115 |
| ATTORNEY ID NUMBER    6196619 | Street Address |
| | Chicago    IL    60604 |
| | City    State    Zip |
| | Telephone    312-588-5000 |

Trial Attorneys*

Paul M. Bauch
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    12-15-2014