# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| HORIZON GROUP MANAGEMENT, LLC, | Case No. 14-41230 |
| Debtor. | Hon. Timothy A. Barnes |

## I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Daniel Michael; Martha Michael; Jeff Michael; Horizon Group I, LLC; Horizon Group II, LLC; Horizon Group III, LLC; Horizon Group IV, LLC; Horizon Group VI, LLC; Horizon Group VII, LLC; Horizon Group VIII, LLC; Horizon Group IX, LLC; Horizon Group X, LLC; Horizon Group XI, LLC; Horizon Group XV, LLC; Horizon Group XVI, LLC; Horizon Group XVII, LLC; Horizon Group XVIII, LLC; Horizon Group XIX, LLC; Horizon Group XX, LLC; Horizon Group XXI, LLC; Horizon Group XXII, LLC

| | |
|---|---|
| Daniel A. Zazove | Perkins Coie LLP |
| Print Name on this Line | Firm Name |
| /s/ Daniel A. Zazove | FIRM ID NUMBER: |
| Signature | |
| | 131 S. Dearborn St, Suite 1700 |
| ATTORNEY ID NUMBER  3104117 | Street Address |
| | Chicago                IL        60603 |
| | City                    State    Zip |
| | Telephone   312.324.8605 |
| | Email: dzazove@perkinscoie.com |
| Trial Attorneys* | |
| Daniel A. Zazove | |
| Print Name | |

*Request is made for trial attorney to avoid possible conflicts in scheduling.

Dated:   02/02/2015