UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-41230 |
| HORIZON GROUP MANAGEMENT, LLC | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable  Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING THE LAW OFFICES OF EDWARD T. JOYCE & ASSOCIATES, P. C. AND THE LAW OFFICES OF JEFFREY S. SOBEK TO CONDUCT RULE 2004 EXAMINATIONS

This matter coming before the Court upon for continued hearing on the routine motion (the "Motion") of The Law Offices of Edward T. Joyce & Associates, P.C. and The Law Offices of Jeffrey S. Sobek for entry of an order authorizing the issuance of Rule 2004 subpoenas to the persons and entities described in Exhibit A attached to this order (collectively, the "Rule 2004 Parties") and the Court having reviewed the Motion, the Court having granted the Motion with respect to the Debtor and the Northern Trust Company, and finding good cause exists to grant the relief requested in the Motion with the respect to the remainder of the Rule 2004 Parties, except for Skadden, Arps, and to waive further notice;

IT IS HEREBY ORDERED:
1. The Motion is granted as set forth herein:
2. The Law Offices of Edward T. Joyce & Associates, P.C. and The Law Offices of Jeffrey S. Sobek are hereby authorized to issue subpoenas to the remaining Rule 2004 Parties. The Court makes no decision at this time as to the reasonableness of the subpoena attached to the Motion or the requests therein;
3. The parties shall confer and seek to reach agreements consistent with Rule 45 and the local rules relating to discovery regarding the scope of production under the subpoenas and the scope of the Rule 2004 examinations; and
4. In the event the parties fail to reach agreement on the scope of the document production or the subpoenas, any party may file objections to the subpoena and either party may move for appropriate orders compelling discovery or for protective orders.

Enter:

cKC

United States Bankruptcy Judge

Dated:  1 6 APR 2015

**Prepared by:**
Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
Bauch & Michaels, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Tel. (312) 588-5000
Fax (312) 427-5709

## Exhibit A

*Persons to be Subpoenaed and Examined and Proposed Riders to Subpoenas.*

Horizon Group Management, LLC
Daniel Michael
Jeffrey Michael
Horizon Group I, L.L.C.
Horizon Group II, L.L.C.
Horizon Group III, L.L.C.
Horizon Group IV, L.L.C.
Horizon Group V, L.L.C.
Horizon Group VI, L.L.C.
Horizon Group VII, L.L.C.
Horizon Group VIII, L.L.C.
Horizon Group IX, L.L.C.
Horizon Group X, L.L.C.
Horizon Group XI, LLC
Horizon Group XV, LLC
Horizon Group XVI, LLC
Horizon Group XVII, LLC
Horizon Group XVIII, LLC
Horizon Group XIX, LLC
Horizon Group XX, LLC
Horizon Group XXI, LLC
Horizon Group XXII, LLC
Horizon Group XXIII, LLC
Horizon Group XXIV, LLC
Horizon Group Realty Holdings, LLC
The Northern Trust Company
Skadden Arps Slate Meagher & Flom, LLP
Martha Michael

## Rider to Subpoena to Horizon Group Management, LLC and Related Entities

The records hereinafter requested pertain to the Horizon Group Management, LLC (a/k/a Horizon Realty Group, Horizon Realty Group, LLC, Horizon Realty and/or Horizon)(hereinafter, "Horizon"), Horizon Group Realty Holdings, LLC, and any other name under which Horizon Group Management, LLC operates, and any affiliates[1], owners, officers, parents or subsidiaries thereof [Horizon, Daniel Michael, Jeffrey Michael, Horizon Group Realty Holdings, LLC, and any other name under which Horizon Group Management, LLC operates, and any affiliates (including, but not limited to Horizon Affiliates listed below), owners, officers, parents or subsidiaries thereof shall collectively be referenced herein as the "Michael Entities"] and shall include the years 2009 through the date of production unless otherwise specified.

The term "document" or "record" as used herein shall be deemed to mean all documents as contemplated by Rule 34 of the Federal Rules of Civil Procedure, including but not limited to electronically stored information, contracts, agreements, writings, letters sent or received,

---

[1] Including, but not limited to the following entities, which shall be referenced herein as "Horizon Affiliates":

| OWNER | PROPERTY ADDRESS |
|---|---|
| Horizon Group I, LLC | 1938-50 W. Lawrence |
| Horizon Group II, LLC | 901 W. Argyle |
| Horizon Group III, LLC | 1901-09 W. Wilson |
| Horizon Group IV, LLC | 722-726 W. Barry |
| Horizon Group VI, LLC | 5650 N. Sheridan |
| Horizon Group VII, LLC | 910-18 W. Dakin |
| Horizon Group VII, LLC | Elmhurst Terrace Apartments |
| Horizon Group IX, LLC | 525 W. Oakdale |
| Horizon Group X, LLC | 4242 N. Sheridan |
| Horizon Group XI, LLC | 5017 N. Wolcott |
| Horizon Group XV, LLC | 1828-38 W. Lawrence |
| Horizon Group XVI, LLC | 1956-60 W. Lawrence |
| Horizon Group XVII, LLC | 6401 N. Sheridan |
| Horizon Group XVIII, LLC | 6040 N. Sheridan |
| Horizon Group XIX, LLC | 6725 N. Sheridan |
| Horizon Group XX, LLC | 4600 N. Sheridan |
| Horizon Group XX, LLC | 822 W. Wilson |
| Horizon Group XXI, LLC | 4601-13 N. Sheridan |
| Horizon Group XXII, LLC | |

memoranda, employment records, telegrams, books of accounts, documents, bills, reports, bank statements, diaries, statements, passbooks, receipts, releases, schedules or other instruments, including originals, duplicates or copies pertaining to or concerning information with respect to each and all of the following transactions, matters and things:

## DOCUMENTS TO BE PRODUCED

1.      All communications, including but not limited to letters, emails, text messages, etc. regarding *Bonnen v. Horizon Group Management, LLC,* Case No. 09 CH 20365 ("Bonnen Lawsuit") since June 2013, regarding specifically, but not limited to, Horizon's settlement negotiations, the settlement agreement, The Law Offices of Edward T. Joyce & Associates, P.C. (the "Joyce Firm") and The Law Offices of Jeffrey S. Sobek, P.C. ("JS Law")(collectively, "Class Counsel") fee petition and fee award, payment to class members and the credit reference letter secured by Horizon on December 4, 2013.

2.      All documents related to the assets and liabilities of [insert respondent] ("Horizon Entity").

3.      All documents related to the financial status of Horizon Entity.

4.      All property management contracts between Horizon Entity and any other entity, including, but not limited to Horizon.

5.      All documents related to the duties and responsibilities of the directors, officers, managers and staff of Horizon Entity.

6.      All documents related to compensation paid by Horizon Entity to its officers, directors, managers, including salary records, expense reports and tax returns.

7.      All articles of incorporation, by-laws, operating agreements, membership agreements, management contracts, etc. of Horizon Entity.

8.      All reports, letters, notes, memoranda and other documents prepared by any expert or consultant retained by Horizon Entity or Horizon Affiliates.

2

9.      All communications with any experts or consultants retained by Horizon Entity or Horizon Affiliates.

10.     All auditors' reports or documents related to any internal or external reviews of Horizon Entity, including but not limited to, audited financial statements, reviews of Horizon Entity's policies, procedures and/or systems and other audits or reviews of the performance of Horizon Entity.

11.     All policy and procedure manuals of Horizon Entity.

12.     All documents reflecting payments from Horizon Entity to entities with any relationship to officers, directors or managers of Horizon Entity, including family members, relatives, country clubs, and taxing entities.

13.     All documents reflecting payments from Horizon Entity to any of the other Michael Entities.

14.     All contracts or other agreements (not already produced) related to Horizon Entity, including, but not limited to contracts with Horizon or Michael Entities.

15.     All financial statements of Horizon Entity, including internal, external, audited and unaudited statements.

16.     All documents related to Horizon Entity's internal policies, procedures and systems for receiving, holding and disbursing funds including, but not limited to, funds held for the benefit of other entities.

17.     All documents related to Horizon Entity's internal policies, procedures and systems for executing and recording financial transactions.

18.     All documents related to any payment or transfer of any asset from Horizon Entity to any other entity from January 1, 2009 to November 14, 2014 (the "Petition Date").

19.     All general ledgers, balance sheets, expense reports, etc. for Horizon Entity.

20.     All other documents in your possession or control related to Horizon Entity.

21.   All documents which relate or refer to the description and/or location of each parcel of real property in which Horizon Entity has, or has had within the last five (5) years, an interest, directly or indirectly, including equitable and future interests, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for its own benefit, and any other interest whatsoever.

22.   All documents which relate or refer to the nature of the interest of Horizon Entity in each of the properties referred to in Paragraph 21 hereof, including without limitation all deeds and mortgages.

23.   All documents which relate or refer to each of the following types of personal property in which Horizon Entity has, or has had within the last five (5) years, an interest:

(a)   Cash, currency, electronic funds, bitcoin, paypal, amazon payments, ACH transactions, or any other e-currency.
(b)   Deposits of money or other currency with any banking or financial institutions, savings and loan associations, credit unions, payment processors, public utility companies, landlords and others (including without limitation checking accounts, savings accounts, escrow accounts, brokerage accounts, certificates of deposit and any other type of account involving money, currency, e-currency, or securities).
(c)   Goods, supplies and furnishings.
(d)   Books, pictures and other art objects.
(e)   Stamp, coin or other collections.
(f)   Automobiles, trucks, trailers or other vehicles.
(g)   Boats, motors or other accessories.
(h)   Livestock, poultry and other animals.
(i)   Farming supplies and implements.
(j)   Office equipment, furnishings, supplies, software, passwords, or access codes.
(k)   Machinery, fixtures, equipment and supplies used in business.
(l)   Inventory.
(m)   Tangible personal property of any other description.
(n)   Patents, copyrights, franchises, licenses, good will, and other general intangibles.
(o)   Government bonds.
(p)   Corporate or other bonds.
(q)   Notes or account receivables.
(r)   Other negotiable and non-negotiable instruments.
(s)   Insurance policies, including all documents which relate or refer to surrender or refund values of each.
(t)   Annuities.

4

(u)    Stocks and interests in incorporated and unincorporated companies, including any and all shareholder agreements.

(v)    Interests in partnerships, limited liability companies or any other entities, including any and all partnership and operating agreements.

(w)    Liquidated debts owed to the Judgment Debtor.

(x)    Contingent and unliquidated claims of every nature.

(y)    Equitable and future interests, life estates and rights and powers exercisable for the Judgment Debtor.

(z)    Lines of credit, letters of credit, or any other credit facilities of any kind.

(aa)   Websites, domain names and registrations, domain names, keyword and other advertising contracts, and anything else related to the internet or ecommerce.

24.    Each document which relates or refers to the market value of Horizon Entity's interest in each type of personal or real property referred to in Paragraph 23 hereof.

25.    Each Federal and State Income Tax Return filed by Horizon Entity and/or owner Schedule C for the past five (5) years.

26.    Each Financial Statement filed by or which relates to Horizon Entity for any period of time within the past five (5) years.

27.    Copies of any and all statements, deposit slips, financial transaction listing details and history, cancelled checks (front and back), and electronic payment details on which Horizon Entity was/is a signatory or had an interest, or any account in Horizon Entity's name.

28.    Copies of Horizon Entity's detailed payroll register and accounts receivable detail and all related documents.

29.    All documents and communications related to the credit reference letter secured by Horizon on December 4, 2013.

30.    All documents and communications related to any matter involving The Northern Trust Company.

31.    All documents regarding errors and omissions coverage for Horizon Entity.

32.    All documents regarding insurance coverage for Horizon Entity.

33.    All metadata for any documents or communications produced pursuant to this Rider that existed in electronic format.

34.    All documents, including, but not limited to passwords, manuals, instruction, procedures, etc. necessary to access   any password protected documents or communications produced pursuant to this rider.

## Rider to Subpoena to Daniel Michael

The records hereinafter requested pertain to the Horizon Group Management, LLC (a/k/a Horizon Realty Group, Horizon Realty Group, LLC, Horizon Realty and/or Horizon) (hereinafter, "Horizon"), Daniel Michael, Horizon Group Realty Holdings, LLC, and any other name under which Horizon Group Management, LLC operates, and any affiliates, owners, officers, parents or subsidiaries thereof, and shall include the years 2009 through the date of production unless otherwise specified.

The term "document" or "record" as used herein shall be deemed to mean all documents as contemplated by Rule 34 of the Federal Rules of Civil Procedure, including but not limited to electronically stored information, contracts, agreements, writings, letters sent or received, memoranda, employment records, telegrams, books of accounts, documents, bills, reports, bank statements, diaries, statements, passbooks, receipts, releases, schedules or other instruments, including originals, duplicates or copies pertaining to or concerning information with respect to each and all of the following transactions, matters and things:

## DOCUMENTS TO BE PRODUCED

1.      All communications, including but not limited to letters, emails, text messages, etc., between you and Jeffrey Michael regarding the *Bonnen v. Horizon Group Management, LLC*, Case No. 09 CH 20365 ("Bonnen Lawsuit") since June 2013, regarding specifically, but not limited to, Horizon's settlement negotiations, the settlement agreement and The Law Offices of Edward T. Joyce & Associates, P.C. (the "Joyce Firm") and The Law Offices of Jeffrey S. Sobek, P.C. ("JS Law")(collectively, "Class Counsel"), fee petition and award.

2.      All communications, including but not limited to letters, emails, text messages, phone messages, etc. between you and David Pehlke, or any other person at Skadden, Arps, Meagher & Flom LLP, regarding the fees alleged by Class Counsel pertaining to the Bonnen Lawsuit.

3.      All communications, including but not limited to letters, emails, text messages, phone messages, etc. between you and Richard Christoff, or any other person at Sanford Kahn, regarding the fees alleged by Class Counsel pertaining to the Bonnen Lawsuit.

4.      All communications, including but not limited to letters, emails, text messages, etc., between you and Martin F. Babbo or any other person at The Northern Trust Company regarding the credit reference letter obtained on December 4, 2013.

5.      All communications, including but not limited to letters, emails, text messages, etc., between you and Jeffrey Michael, or any other person, regarding the salary to be paid to Jeffrey Michael by Horizon.

6.      All documents related to your assets and liabilities.

7.      All financial statements related to you, including internal, external, audited and unaudited statements.

8.      All documents related to compensation paid to you by any entity, including salary records, expense reports and tax returns.

9.      All statements, deposit slips, financial transaction listing details and history, cancelled checks (front and back), and electronic payment details related to accounts you held at any financial institution.

10.      All documents which relate or refer to the description and/or location of each parcel of real property in which you have, or have had within the last five (5) years, an interest, directly or indirectly, including equitable and future interests, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for his own benefit, and any other interest whatsoever.

11.      All documents which relate or refer to the nature of your interest in each of the properties referred to in Paragraph 10 hereof, including without limitation all deeds and mortgages.

12.     All documents which relate or refer to each of the following types of personal property in which you have, or have had within the last five (5) years, an interest:

(a)     Cash, currency, electronic funds, bitcoin, paypal, amazon payments, ACH transactions, or any other e-currency.

(b)     Deposits of money or other currency with any banking or financial institutions, savings and loan associations, credit unions, payment processors, public utility companies, landlords and others (including without limitation checking accounts, savings accounts, escrow accounts, brokerage accounts, certificates of deposit and any other type of account involving money, currency, e-currency, or securities).

(c)     Goods, supplies and furnishings.

(d)     Books, pictures and other art objects.

(e)     Stamp, coin or other collections.

(f)     Automobiles, trucks, trailers or other vehicles.

(g)     Boats, motors or other accessories.

(h)     Livestock, poultry and other animals.

(i)     Farming supplies and implements.

(j)     Office equipment, furnishings, supplies, software, passwords, or access codes.

(k)     Machinery, fixtures, equipment and supplies used in business.

(l)     Inventory.

(m)     Tangible personal property of any other description.

(n)     Patents, copyrights, franchises, licenses, good will, and other general intangibles.

(o)     Government bonds.

(p)     Corporate or other bonds.

(q)     Notes or account receivables.

(r)     Other negotiable and non-negotiable instruments.

(s)     Insurance policies, including all documents which relate or refer to surrender or refund values of each.

(t)     Annuities.

(u)     Stocks and interests in incorporated and unincorporated companies, including any and all shareholder agreements.

(v)     Interests in partnerships, limited liability companies or any other entities, including any and all partnership and operating agreements.

(w)     Liquidated debts owed to the Judgment Debtor.

(x)     Contingent and unliquidated claims of every nature.

(y)     Equitable and future interests, life estates and rights and powers exercisable for the Judgment Debtor.

(z)     Lines of credit, letters of credit, or any other credit facilities of any kind.

(aa)     Websites, domain names and registrations, domain names, keyword and other advertising contracts, and anything else related to the internet or ecommerce.

13.     Each document which relates or refers to the market value of your interest in each type of personal or real property referred to in Paragraph 12 hereof.

14.     Each of your Federal and State Income Tax Returns, and all related schedules and supporting documents, for the past five (5) years.

3

15.    All documents related to the assets and liabilities of Horizon Group Realty Holdings, LLC.

16.    All documents related to the assets and liabilities of any affiliate, owner, officer, parent or subsidiary of Horizon or Horizon Group Realty Holdings, LLC.

17.    All documents related to Horizon's assets and liabilities. 18. All documents created or reviewed by you or anyone else related to the financial status of Horizon.

19.    All documents reflecting payments made to you by Horizon.

20    All documents reflecting payments made to Jeffrey Michael by Horizon.

21.    All documents related to the duties and responsibilities of the directors, officers, managers and staff of Horizon.

22.    All documents, including reports, letters, notes, memoranda and other documents, which were prepared by you in connection with Horizon.

23.    All documents related to compensation paid by Horizon to its officers, directors, managers, including salary records, expense reports and tax returns.

24.    All communications between you and any member of Horizon's staff, including but not limited to, letters, e-mails, text messages, etc.

25.    All articles of incorporation, by-laws, operating agreements, membership agreements, management contracts, etc. of Horizon.

26.    All reports, letters, notes, memoranda and other documents prepared by any expert or consultant retained by Horizon.

27.    All communications with any experts or consultants retained by Horizon.

28.    All auditors' reports or documents related to any internal or external reviews of Horizon, including but not limited to, audited financial statements, reviews of Horizon's policies, procedures and/or systems and other audits or reviews of the performance of Horizon.

29.    All policy and procedure manuals of Horizon.

4

30.     All documents reflecting payments from Horizon to entities with any relationship to officers, directors or managers of Horizon.

31.     All documents reflecting payments to Horizon from other entities.

32.     All contracts or other agreements (not already produced) related to Horizon.

33.     All financial statements of Horizon, including internal, external, audited and unaudited statements.

34.     All documents related to Horizon's internal policies, procedures and systems for receiving, holding and disbursing funds including, but not limited to, funds held for the benefit of other entities.

35.     All documents related to Horizon's internal policies, procedures and systems for executing and recording financial transactions.

36.     All documents related to the transfer of any assets outside of Horizon from January 1, 2009 to November 14, 2014 (the "Petition Date").

37.     All general ledgers, balance sheets, expense reports, etc. for Horizon.

38.     All other documents in your possession or control related to Horizon.

39.     All documents which relate or refer to the description and/or location of each parcel of real property in which Horizon has, or has had within the last five (5) years, an interest, directly or indirectly, including equitable and future interests, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for his own benefit, and any other interest whatsoever.

40.     All documents which relate or refer to the nature of the interest of Horizon in each of the properties referred to in Paragraph 39 hereof, including without limitation all deeds and mortgages.

41.     All documents which relate or refer to each of the following types of personal property in which Horizon has, or has had within the last five (5) years, an interest:

(a)     Cash, currency, electronic funds, bitcoin, paypal, amazon payments, ACH transactions, or any other e-currency.

(b)     Deposits of money or other currency with any banking or financial institutions, savings and loan associations, credit unions, payment processors, public utility companies, landlords and others (including without limitation checking accounts, savings accounts, escrow accounts, brokerage accounts, certificates of deposit and any other type of account involving money, currency, e-currency, or securities).

(c)     Goods, supplies and furnishings.

(d)     Books, pictures and other art objects.

(e)     Stamp, coin or other collections.

(f)     Automobiles, trucks, trailers or other vehicles.

(g)     Boats, motors or other accessories.

(h)     Livestock, poultry and other animals.

(i)     Farming supplies and implements.

(j)     Office equipment, furnishings, supplies, software, passwords, or access codes.

(k)     Machinery, fixtures, equipment and supplies used in business.

(l)     Inventory.

(m)     Tangible personal property of any other description.

(n)     Patents, copyrights, franchises, licenses, good will, and other general intangibles.

(o)     Government bonds.

(p)     Corporate or other bonds.

(q)     Notes or account receivables.

(r)     Other negotiable and non-negotiable instruments.

(s)     Insurance policies, including all documents which relate or refer to surrender or refund values of each.

(t)     Annuities.

(u)     Stocks and interests in incorporated and unincorporated companies, including any and all shareholder agreements.

(v)     Interests in partnerships, limited liability companies or any other entities, including any and all partnership and operating agreements.

(w)     Liquidated debts owed to the Judgment Debtor.

(x)     Contingent and unliquidated claims of every nature.

(y)     Equitable and future interests, life estates and rights and powers exercisable for the Judgment Debtor.

(z)     Lines of credit, letters of credit, or any other credit facilities of any kind.

(aa)    Websites, domain names and registrations, domain names, keyword and other advertising contracts, and anything else related to the internet or ecommerce.

42.     Each document which relates or refers to the market value of Horizon's interest in each type of personal or real property referred to in Paragraph 41 hereof.

43.     Each Federal and State Income Tax Return filed by Horizon and/or owner Schedule C for the past five (5) years.

6

44. Each Financial Statement filed by or which relates to Horizon for any period of time within the past five (5) years.

45. Copies of any and all statements, deposit slips, financial transaction listing details and history, cancelled checks (front and back), and electronic payment details on which Horizon was/is a signatory or had an interest, or any account in Horizon's name.

46. All documents relied upon when Horizon represented and warranted that it had sufficient assets to satisfy its obligations under the settlement agreement in *Bonnen v. Horizon Group Management, LLC,* Case No. 09 CH 20365.

47. All documents related to the assets and liabilities, including each Federal and State Income Tax Return and each Financial Statement, of the following entities:

| OWNER | PROPERTY ADDRESS |
|---|---|
| Horizon Group I, LLC | 1938-50 W. Lawrence |
| Horizon Group II, LLC | 901 W. Argyle |
| Horizon Group III, LLC | 1901-09 W. Wilson |
| Horizon Group IV, LLC | 722-726 W. Barry |
| Horizon Group VI, LLC | 5650 N. Sheridan |
| Horizon Group VII, LLC | 910-18 W. Dakin |
| Horizon Group VII, LLC | Elmhurst Terrace Apartments |
| Horizon Group IX, LLC | 525 W. Oakdale |
| Horizon Group X, LLC | 4242 N. Sheridan |
| Horizon Group XI, LLC | 5017 N. Wolcott |
| Horizon Group XV, LLC | 1828-38 W. Lawrence |
| Horizon Group XVI, LLC | 1956-60 W. Lawrence |
| Horizon Group XVII, LLC | 6401 N. Sheridan |
| Horizon Group XVIII, LLC | 6040 N. Sheridan |
| Horizon Group XIX, LLC | 6725 N. Sheridan |
| Horizon Group XX, LLC | 4600 N. Sheridan |
| Horizon Group XX, LLC | 822 W. Wilson |
| Horizon Group XXI, LLC | 4601-13 N. Sheridan |
| Horizon Group XXII, LLC | |

### Rider to Subpoena to Jeffrey Michael

The records hereinafter requested pertain to the Horizon Group Management, LLC (a/k/a Horizon Realty Group, Horizon Realty Group, LLC, Horizon Realty and/or Horizon)(hereinafter, "Horizon"), Jeffrey Michael, Horizon Group Realty Holdings, LLC, and any other name under which Horizon Group Management, LLC operates, and any affiliates, owners, officers, parents or subsidiaries thereof, and shall include the years 2009 through the date of production unless otherwise specified.

The term "document" or "record" as used herein shall be deemed to mean all documents as contemplated by Rule 34 of the Federal Rules of Civil Procedure, including but not limited to electronically stored information, contracts, agreements, writings, letters sent or received, memoranda, employment records, telegrams, books of accounts, documents, bills, reports, bank statements, diaries, statements, passbooks, receipts, releases, schedules or other instruments, including originals, duplicates or copies pertaining to or concerning information with respect to each and all of the following transactions, matters and things:

### DOCUMENTS TO BE PRODUCED

1.     All communications, including but not limited to letters, emails, text messages, etc., between you and Daniel Michael regarding the *Bonnen v. Horizon Group Management, LLC,* Case No. 09 CH 20365 ("Bonnen Lawsuit") since June 2013, regarding specifically, but not limited to, Horizon's settlement negotiations, the settlement agreement and The Law Offices of Edward T. Joyce & Associates, P.C. (the "Joyce Firm") and The Law Offices of Jeffrey S. Sobek, P.C. ("JS Law")(collectively, "Class Counsel"), fee petition and award.

2.     All communications, including but not limited to letters, emails, text messages, phone messages, etc. between you and David Pehlke, or any other person at Skadden, Arps, Meagher & Flom LLP, regarding the fees alleged by Class Counsel pertaining to the Bonnen Lawsuit.

1

3.      All communications, including but not limited to letters, emails, text messages, phone messages, etc. between you and Richard Christoff, or any other person at Sanford Kahn, regarding the fees alleged by Class Counsel pertaining to the Bonnen Lawsuit.

4.      All communications, including but not limited to letters, emails, text messages, etc., between you and Martin F. Babbo or any other person at The Northern Trust Company regarding the credit reference letter obtained on December 4, 2013.

5.      All communications, including but not limited to letters, emails, text messages, etc., between you and Daniel Michael, or any other person, regarding the salary to be paid to you by Horizon.

6.      All documents related to your assets and liabilities.

7.      All financial statements related to you, including internal, external, audited and unaudited statements.

8.      All documents related to compensation paid to you by any entity, including salary records, expense reports and tax returns.

9.      All statements, deposit slips, financial transaction listing details and history, cancelled checks (front and back), and electronic payment details related to accounts you held at any financial institution.

10.     All documents which relate or refer to the description and/or location of each parcel of real property in which you have, or have had within the last five (5) years, an interest, directly or indirectly, including equitable and future interests, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for his own benefit, and any other interest whatsoever.

11.     All documents which relate or refer to the nature of your interest in each of the properties referred to in Paragraph 10 hereof, including without limitation all deeds and mortgages.

12.   All documents which relate or refer to each of the following types of personal property in which you have, or have had within the last five (5) years, an interest:

(a)   Cash, currency, electronic funds, bitcoin, paypal, amazon payments, ACH transactions, or any other e-currency.

(b)   Deposits of money or other currency with any banking or financial institutions, savings and loan associations, credit unions, payment processors, public utility companies, landlords and others (including without limitation checking accounts, savings accounts, escrow accounts, brokerage accounts, certificates of deposit and any other type of account involving money, currency, e-currency, or securities).

(c)   Goods, supplies and furnishings.

(d)   Books, pictures and other art objects.

(e)   Stamp, coin or other collections.

(f)   Automobiles, trucks, trailers or other vehicles.

(g)   Boats, motors or other accessories.

(h)   Livestock, poultry and other animals.

(i)   Farming supplies and implements.

(j)   Office equipment, furnishings, supplies, software, passwords, or access codes.

(k)   Machinery, fixtures, equipment and supplies used in business.

(l)   Inventory.

(m)   Tangible personal property of any other description.

(n)   Patents, copyrights, franchises, licenses, good will, and other general intangibles.

(o)   Government bonds.

(p)   Corporate or other bonds.

(q)   Notes or account receivables.

(r)   Other negotiable and non-negotiable instruments.

(s)   Insurance policies, including all documents which relate or refer to surrender or refund values of each.

(t)   Annuities.

(u)   Stocks and interests in incorporated and unincorporated companies, including any and all shareholder agreements.

(v)   Interests in partnerships, limited liability companies or any other entities, including any and all partnership and operating agreements.

(w)   Liquidated debts owed to the Judgment Debtor.

(x)   Contingent and unliquidated claims of every nature.

(y)   Equitable and future interests, life estates and rights and powers exercisable for the Judgment Debtor.

(z)   Lines of credit, letters of credit, or any other credit facilities of any kind.

(aa)   Websites, domain names and registrations, domain names, keyword and other advertising contracts, and anything else related to the internet or ecommerce.

13.   Each document which relates or refers to the market value of your interest in each type of personal or real property referred to in Paragraph 12 hereof.

14.   Each of your Federal and State Income Tax Returns, and all related schedules and supporting documents, for the past five (5) years.

3

15.    All documents related to the assets and liabilities of Horizon Group Realty Holdings, LLC.

16.    All documents related to the assets and liabilities of any affiliate, owner, officer, parent or subsidiary of Horizon or Horizon Group Realty Holdings, LLC.

17.    All documents related to Horizon's assets and liabilities.18.All documents created or reviewed by you or anyone else related to the financial status of Horizon.

19.    All documents reflecting payments made to you by Horizon.

20     All documents reflecting payments made to Daniel Michael by Horizon.

21.    All documents related to the duties and responsibilities of the directors, officers, managers and staff of Horizon.

22.    All documents, including reports, letters, notes, memoranda and other documents, which were prepared by you in connection with Horizon.

23.    All documents related to compensation paid by Horizon to its officers, directors, managers, including salary records, expense reports and tax returns.

24.    All communications between you and any member of Horizon's staff, including but not limited to, letters, e-mails, text messages, etc.

25.    All articles of incorporation, by-laws, operating agreements, membership agreements, management contracts, etc. of Horizon.

26.    All reports, letters, notes, memoranda and other documents prepared by any expert or consultant retained by Horizon.

27.    All communications with any experts or consultants retained by Horizon.

28.    All auditors' reports or documents related to any internal or external reviews of Horizon, including but not limited to, audited financial statements, reviews of Horizon's policies, procedures and/or systems and other audits or reviews of the performance of Horizon.

29.    All policy and procedure manuals of Horizon.

4

30.     All documents reflecting payments from Horizon to entities with any relationship to officers, directors or managers of Horizon.

31.     All documents reflecting payments to Horizon from other entities.

32.     All contracts or other agreements (not already produced) related to Horizon.

33.     All financial statements of Horizon, including internal, external, audited and unaudited statements.

34.     All documents related to Horizon's internal policies, procedures and systems for receiving, holding and disbursing funds including, but not limited to, funds held for the benefit of other entities.

35.     All documents related to Horizon's internal policies, procedures and systems for executing and recording financial transactions.

36.     All documents related to the transfer of any assets outside of Horizon from January 1, 2009 to November 14, 2014 (the "Petition Date").

37.     All general ledgers, balance sheets, expense reports, etc. for Horizon.

38.     All other documents in your possession or control related to Horizon.

39.     All documents which relate or refer to the description and/or location of each parcel of real property in which Horizon has, or has had within the last five (5) years, an interest, directly or indirectly, including equitable and future interests, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for his own benefit, and any other interest whatsoever.

40.     All documents which relate or refer to the nature of the interest of Horizon in each of the properties referred to in Paragraph 39 hereof, including without limitation all deeds and mortgages.

41.     All documents which relate or refer to each of the following types of personal property in which Horizon has, or has had within the last five (5) years, an interest:

(a)     Cash, currency, electronic funds, bitcoin, paypal, amazon payments, ACH transactions, or any other e-currency.

(b)     Deposits of money or other currency with any banking or financial institutions, savings and loan associations, credit unions, payment processors, public utility companies, landlords and others (including without limitation checking accounts, savings accounts, escrow accounts, brokerage accounts, certificates of deposit and any other type of account involving money, currency, e-currency, or securities).

(c)     Goods, supplies and furnishings.

(d)     Books, pictures and other art objects.

(e)     Stamp, coin or other collections.

(f)     Automobiles, trucks, trailers or other vehicles.

(g)     Boats, motors or other accessories.

(h)     Livestock, poultry and other animals.

(i)     Farming supplies and implements.

(j)     Office equipment, furnishings, supplies, software, passwords, or access codes.

(k)     Machinery, fixtures, equipment and supplies used in business.

(l)     Inventory.

(m)     Tangible personal property of any other description.

(n)     Patents, copyrights, franchises, licenses, good will, and other general intangibles.

(o)     Government bonds.

(p)     Corporate or other bonds.

(q)     Notes or account receivables.

(r)     Other negotiable and non-negotiable instruments.

(s)     Insurance policies, including all documents which relate or refer to surrender or refund values of each.

(t)     Annuities.

(u)     Stocks and interests in incorporated and unincorporated companies, including any and all shareholder agreements.

(v)     Interests in partnerships, limited liability companies or any other entities, including any and all partnership and operating agreements.

(w)     Liquidated debts owed to the Judgment Debtor.

(x)     Contingent and unliquidated claims of every nature.

(y)     Equitable and future interests, life estates and rights and powers exercisable for the Judgment Debtor.

(z)     Lines of credit, letters of credit, or any other credit facilities of any kind.

(aa)    Websites, domain names and registrations, domain names, keyword and other advertising contracts, and anything else related to the internet or ecommerce.

42.     Each document which relates or refers to the market value of Horizon's interest in each type of personal or real property referred to in Paragraph 41 hereof.

43.     Each Federal and State Income Tax Return filed by Horizon and/or owner Schedule C for the past five (5) years.

44.    Each Financial Statement filed by or which relates to Horizon for any period of time within the past five (5) years.

45.    Copies of any and all statements, deposit slips, financial transaction listing details and history, cancelled checks (front and back), and electronic payment details on which Horizon was/is a signatory or had an interest, or any account in Horizon's name.

46.    All documents relied upon when Horizon represented and warranted that it had sufficient assets to satisfy its obligations under the settlement agreement in *Bonnen v. Horizon Group Management, LLC,* Case No. 09 CH 20365.

47.    All documents related to the assets and liabilities, including each Federal and State Income Tax Return and each Financial Statement, of the following entities:

| OWNER | PROPERTY ADDRESS |
|---|---|
| Horizon Group I, LLC | 1938-50 W. Lawrence |
| Horizon Group II, LLC | 901 W. Argyle |
| Horizon Group III, LLC | 1901-09 W. Wilson |
| Horizon Group IV, LLC | 722-726 W. Barry |
| Horizon Group VI, LLC | 5650 N. Sheridan |
| Horizon Group VII, LLC | 910-18 W. Dakin |
| Horizon Group VII, LLC | Elmhurst Terrace Apartments |
| Horizon Group IX, LLC | 525 W. Oakdale |
| Horizon Group X, LLC | 4242 N. Sheridan |
| Horizon Group XI, LLC | 5017 N. Wolcott |
| Horizon Group XV, LLC | 1828-38 W. Lawrence |
| Horizon Group XVI, LLC | 1956-60 W. Lawrence |
| Horizon Group XVII, LLC | 6401 N. Sheridan |
| Horizon Group XVIII, LLC | 6040 N. Sheridan |
| Horizon Group XIX, LLC | 6725 N. Sheridan |
| Horizon Group XX, LLC | 4600 N. Sheridan |
| Horizon Group XX, LLC | 822 W. Wilson |
| Horizon Group XXI, LLC | 4601-13 N. Sheridan |
| Horizon Group XXII, LLC | |

## Rider to Subpoena to The Northern Trust Company

The records hereinafter requested pertain to the Horizon Group Management, LLC (a/k/a Horizon Realty Group, Horizon Realty Group, LLC, Horizon Realty and/or Horizon)(hereinafter, "Horizon"), Daniel Michael, Jeffrey Michael, Martha Michael, Horizon Group Realty Holdings, LLC, and any other name under which Horizon Group Management, LLC operates, and any affiliates[1], owners, officers, parents or subsidiaries thereof [Horizon, Daniel Michael, Jeffrey Michael, Horizon Group Realty Holdings, LLC, and any other name under which Horizon Group Management, LLC operates, and any affiliates (including, but not limited to Horizon Affiliates listed below), owners, officers, parents or subsidiaries thereof shall collectively be referenced herein as the "Michael Entities"] and shall include the years 2009 through the date of production unless otherwise specified.

The term "document" or "record" as used herein shall be deemed to mean all documents as contemplated by Rule 34 of the Federal Rules of Civil Procedure, including but not limited to

---

[1] Including, but not limited to the following entities, which shall be referenced herein as "Horizon Affiliates":

| OWNER | PROPERTY ADDRESS |
|---|---|
| Horizon Group I, LLC | 1938-50 W. Lawrence |
| Horizon Group II, LLC | 901 W. Argyle |
| Horizon Group III, LLC | 1901-09 W. Wilson |
| Horizon Group IV, LLC | 722-726 W. Barry |
| Horizon Group VI, LLC | 5650 N. Sheridan |
| Horizon Group VII, LLC | 910-18 W. Dakin |
| Horizon Group VII, LLC | Elmhurst Terrace Apartments |
| Horizon Group IX, LLC | 525 W. Oakdale |
| Horizon Group X, LLC | 4242 N. Sheridan |
| Horizon Group XI, LLC | 5017 N. Wolcott |
| Horizon Group XV, LLC | 1828-38 W. Lawrence |
| Horizon Group XVI, LLC | 1956-60 W. Lawrence |
| Horizon Group XVII, LLC | 6401 N. Sheridan |
| Horizon Group XVIII, LLC | 6040 N. Sheridan |
| Horizon Group XIX, LLC | 6725 N. Sheridan |
| Horizon Group XX, LLC | 4600 N. Sheridan |
| Horizon Group XX, LLC | 822 W. Wilson |
| Horizon Group XXI, LLC | 4601-13 N. Sheridan |
| Horizon Group XXII, LLC | |

electronically stored information, contracts, agreements, writings, letters sent or received, memoranda, employment records, telegrams, books of accounts, documents, bills, reports, bank statements, diaries, statements, passbooks, receipts, releases, schedules or other instruments, including originals, duplicates or copies pertaining to or concerning information with respect to each and all of the following transactions, matters and things:

## **DOCUMENTS TO BE PRODUCED**

1.      All communications, including but not limited to letters, emails, text messages, etc., between you, or any person at The Northern Trust Company ("Northern Trust"), and Jeffrey Michael or Daniel Michael regarding the *Bonnen v. Horizon Group Management, LLC,* Case No. 09 CH 20365 ("Bonnen Lawsuit") since June 2013, regarding specifically, but not limited to, Horizon's settlement negotiations, the settlement agreement, The Law Offices of Edward T. Joyce & Associates, P.C. (the "Joyce Firm") and The Law Offices of Jeffrey S. Sobek, P.C. ("JS Law")(collectively, "Class Counsel") fee petition and fee award, payment to class members and the credit reference letter secured by Horizon on December 4, 2013.

2.      All communications, including but not limited to letters, emails, text messages, phone messages, etc. between you, or any person at Northern Trust, and David Pehlke, or any other person at Skadden, Arps, Meagher & Flom LLP, regarding the Bonnen Lawsuit, regarding specifically, but not limited to, Horizon's settlement negotiations, the settlement agreement, the Class Counsel fee petition and fee award, payment to class members and the credit reference letter secured by Horizon on December 4, 2013.

3.      All communications, including but not limited to letters, emails, text messages, phone messages, etc. between you, or any person at Northern Trust, and any other person, regarding the Bonnen Lawsuit, regarding specifically, but not limited to, Horizon's settlement negotiations, the settlement agreement, the Class Counsel fee petition and fee award, payment to class members and the credit reference letter secured by Horizon on December 4, 2013.

2

4.      All documents and communications related to the credit reference letter secured by Horizon on December 4, 2013.

5.      All documents and communications reviewed, considered or relied upon by you, or any other person at Northern Trust in providing the credit reference letter for Horizon dated December 4, 2013.

6.      All documents related to the assets and liabilities of the Michael Entities.

7.      All documents created or reviewed by you or anyone else at Northern Trust related to the financial status of the Michael Entities.

8.      All documents reflecting payments made to you or Northern Trust by the Michael Entities.

9.      All documents reflecting payments or transfers of value made to Daniel Michael by the Michael Entities.

10.     All documents reflecting payments or transfers of value made to Jeffrey Michael by the Michael Entities.

11.     All documents reflecting payments or transfers of value made to Martha Michael by the Michael Entities.

12.     All documents, including reports, letters, notes, drafts, memoranda and other documents, which were prepared by you or any other person at Northern Trust in connection with the Michael Entities.

13.     All documents related to compensation paid by the Michael Entities to its officers, directors, managers, including salary records, expense reports and tax returns.

14.     All communications between you and any person representing or associated with the Horizon Entities, including but not limited to, letters, e-mails, text messages, etc.

15.     All auditors' reports or documents related to any review of the Michael Entities, including but not limited to, audited financial statements, reviews of the Michael Entities' policies, procedures and/or systems and other audits or reviews of the performance of the Michael Entities.

16.     All documents reflecting payments from the Michael Entities to entities with any relationship to officers, directors or managers of the Horizon Entities.

17.     All documents reflecting payments to the Michael Entities from other entities, including any other Michael Entities.

18.     All contracts or other agreements related to the Michael Entities.

19.     All financial statements of the Michael Entities, including internal, external, audited and unaudited statements.

20.     All documents related to the Michael Entities practices, procedures and systems for receiving, holding and disbursing funds including, but not limited to, funds held for the benefit of other entities.

21.     All documents related to the Michael Entities internal practices, procedures and systems for executing and recording financial transactions.

22.     All documents related to the transfer of any asset from Horizon to any entity outside of Horizon from January 1, 2009 to November 14, 2014 (the "Petition Date").

23. All documents related to the transfer of any asset among the persons and entities that comprise the Michael Entities from January 1, 2009 to November 14, 2014 (the "Petition Date").

24.     All other documents in your possession or control related to the Michael Entities.

25.     All documents which relate or refer to the description and/or location of each parcel of real property in which the Michael Entities has, or has had within the last five (5) years, an interest, directly or indirectly, including equitable and future interests, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, community property,

life estates, leaseholders and rights and powers exercisable for his own benefit, and any other interest whatsoever.

26.    All documents which relate or refer to the nature of the interest of the Michael Entities in each of the properties referred to in Paragraph 25 hereof, including without limitation all deeds and mortgages.

## Rider to Subpoena to Skadden, Arps, Slate, Meagher & Flom LLP

The records hereinafter requested pertain to the Horizon Group Management, LLC (a/k/a Horizon Realty Group, Horizon Realty Group, LLC, Horizon Realty and/or Horizon)(hereinafter, "Horizon"), Daniel Michael, Jeffrey Michael, Martha Michael, Horizon Group Realty Holdings, LLC, and any other name under which Horizon Group Management, LLC operates, and any affiliates[1], owners, officers, parents or subsidiaries thereof [Horizon, Daniel Michael, Jeffrey Michael, Horizon Group Realty Holdings, LLC, and any other name under which Horizon Group Management, LLC operates, and any affiliates (including, but not limited to Horizon Affiliates listed below), owners, officers, parents or subsidiaries thereof shall collectively be referenced herein as the "Michael Entities"] and shall include the years 2009 through the date of production unless otherwise specified.

The term "document" or "record" as used herein shall be deemed to mean all documents as contemplated by Rule 34 of the Federal Rules of Civil Procedure, including but not limited to

---

[1] Including, but not limited to the following entities, which shall be referenced herein as "Horizon Affiliates":

| OWNER | PROPERTY ADDRESS |
|---|---|
| Horizon Group I, LLC | 1938-50 W. Lawrence |
| Horizon Group II, LLC | 901 W. Argyle |
| Horizon Group III, LLC | 1901-09 W. Wilson |
| Horizon Group IV, LLC | 722-726 W. Barry |
| Horizon Group VI, LLC | 5650 N. Sheridan |
| Horizon Group VII, LLC | 910-18 W. Dakin |
| Horizon Group VII, LLC | Elmhurst Terrace Apartments |
| Horizon Group IX, LLC | 525 W. Oakdale |
| Horizon Group X, LLC | 4242 N. Sheridan |
| Horizon Group XI, LLC | 5017 N. Wolcott |
| Horizon Group XV, LLC | 1828-38 W. Lawrence |
| Horizon Group XVI, LLC | 1956-60 W. Lawrence |
| Horizon Group XVII, LLC | 6401 N. Sheridan |
| Horizon Group XVIII, LLC | 6040 N. Sheridan |
| Horizon Group XIX, LLC | 6725 N. Sheridan |
| Horizon Group XX, LLC | 4600 N. Sheridan |
| Horizon Group XX, LLC | 822 W. Wilson |
| Horizon Group XXI, LLC | 4601-13 N. Sheridan |
| Horizon Group XXII, LLC | |

electronically stored information, contracts, agreements, writings, letters sent or received, memoranda, employment records, telegrams, books of accounts, documents, bills, reports, bank statements, diaries, statements, passbooks, receipts, releases, schedules or other instruments, including originals, duplicates or copies pertaining to or concerning information with respect to each and all of the following transactions, matters and things:

## DOCUMENTS TO BE PRODUCED

1.    All documents and communications, including but not limited to letters, emails, text messages, etc., between you and Jeffrey Michael, Daniel Michael, or any person at The Michael Entities regarding *Bonnen v. Horizon Group Management, LLC,* Case No. 09 CH 20365 ("Bonnen Lawsuit") since June 2013, regarding specifically, but not limited to, Horizon's settlement negotiations, the settlement agreement, The Law Offices of Edward T. Joyce & Associates, P.C. (the "Joyce Firm") and The Law Offices of Jeffrey S. Sobek, P.C. ("JS Law")(collectively, "Class Counsel") fee petition and fee award, payment to class members and the The Northern Trust Company credit reference letter secured by Horizon on December 4, 2013.

2.    All documents and communications, including but not limited to letters, emails, text messages, phone messages, etc. between you and Jeffrey Michael, Daniel Michael, or any other person of the Michael Entities, regarding the fees alleged by Class Counsel pertaining to the Bonnen Lawsuit.

4.    All documents and communications related to the credit reference letter from The Northern Trust Company secured by Horizon on December 4, 2013.

5.    All communications and documents, including but not limited to letters, emails, text messages, phone messages, etc. between you, or any other person at Skadden Arps, and any person from The Northern Trust Company, regarding the credit reference letter secured by Horizon on December 4, 2013.

6.    All documents and communications regarding Jeffrey Michael or Daniel Michael making payments or transferring assets to any of the individuals or entities that comprise the Michael Entities, or otherwise transferring assets away from Horizon.

7.    All documents related to the assets and liabilities of the Michael Entities.

8.    All documents and communications regarding Horizon filing or considering filing for bankruptcy.

**Rider to Subpoena to Martha Michael**

The records hereinafter requested pertain to the Horizon Group Management, LLC (a/k/a

Horizon Realty Group, Horizon Realty Group, LLC, Horizon Realty and/or Horizon)(hereinafter,

"Horizon"), Horizon Group Realty Holdings, LLC, and any other name under which Horizon

Group Management, LLC operates, and any affiliates[1], owners, officers, parents or subsidiaries

thereof [Horizon, Daniel Michael, Jeffrey Michael, Horizon Group Realty Holdings, LLC, and any

other name under which Horizon Group Management, LLC operates, and any affiliates (including,

but not limited to Horizon Affiliates listed below), owners, officers, parents or subsidiaries thereof

shall collectively be referenced herein as the "Michael Entities"] and shall include the years 2009

through the date of production unless otherwise specified.

The term "document" or "record" as used herein shall be deemed to mean all documents

as contemplated by Rule 34 of the Federal Rules of Civil Procedure, including but not limited to

electronically stored information, contracts, agreements, writings, letters sent or received,

---

[1] Including, but not limited to the following entities, which shall be referenced herein as "Horizon Affiliates":

| OWNER | PROPERTY ADDRESS |
|---|---|
| Horizon Group I, LLC | 1938-50 W. Lawrence |
| Horizon Group II, LLC | 901 W. Argyle |
| Horizon Group III, LLC | 1901-09 W. Wilson |
| Horizon Group IV, LLC | 722-726 W. Barry |
| Horizon Group VI, LLC | 5650 N. Sheridan |
| Horizon Group VII, LLC | 910-18 W. Dakin |
| Horizon Group VII, LLC | Elmhurst Terrace Apartments |
| Horizon Group IX, LLC | 525 W. Oakdale |
| Horizon Group X, LLC | 4242 N. Sheridan |
| Horizon Group XI, LLC | 5017 N. Wolcott |
| Horizon Group XV, LLC | 1828-38 W. Lawrence |
| Horizon Group XVI, LLC | 1956-60 W. Lawrence |
| Horizon Group XVII, LLC | 6401 N. Sheridan |
| Horizon Group XVIII, LLC | 6040 N. Sheridan |
| Horizon Group XIX, LLC | 6725 N. Sheridan |
| Horizon Group XX, LLC | 4600 N. Sheridan |
| Horizon Group XX, LLC | 822 W. Wilson |
| Horizon Group XXI, LLC | 4601-13 N. Sheridan |
| Horizon Group XXII, LLC | |

1

memoranda, employment records, telegrams, books of accounts, documents, bills, reports, bank statements, diaries, statements, passbooks, receipts, releases, schedules or other instruments, including originals, duplicates or copies pertaining to or concerning information with respect to each and all of the following transactions, matters and things:

## DOCUMENTS TO BE PRODUCED

1.      All communications, including but not limited to letters, emails, text messages, etc., between you and Jeffrey Michael, Daniel Michael or any person representing and of the Michael Entities, regarding the *Bonnen v. Horizon Group Management, LLC,* Case No. 09 CH 20365 ("Bonnen Lawsuit") since June 2013, regarding specifically, but not limited to, Horizon's settlement negotiations, the settlement agreement and The Law Offices of Edward T. Joyce & Associates, P.C. (the "Joyce Firm") and The Law Offices of Jeffrey S. Sobek, P.C. ("JS Law")(collectively, "Class Counsel"), fee petition and award.

2.      All communications, including but not limited to letters, emails, text messages, etc., between you and Jeffrey Michael, Daniel Michael or any person representing the Michael Entities, regarding monthly payments to you from Horizon.

3.      All communications, including but not limited to letters, emails, text messages, etc., between you and Jeffrey Michael, Daniel Michael or any person representing the Michael Entities, regarding any payments or assets transferred to you from Horizon.

4.      All communications, including but not limited to letters, emails, text messages, etc., between you and Jeffrey Michael, Daniel Michael or any person representing the Michael Entities, regarding any payments or assets transferred to you from the Michael Entities.

5.      All documents regarding monthly payments to you from Horizon.

6.      All documents regarding any payments or assets transferred to you from Horizon.

7.      All documents regarding any payments or assets transferred to you from the Michael Entities.

8.      All documents related to your assets and liabilities.

9.      All financial statements related to you, including internal, external, audited and unaudited statements.

10.     All documents related to compensation paid to you by any entity, including salary records, expense reports and tax returns.

11.     All statements, deposit slips, financial transaction listing details and history, cancelled checks (front and back), and electronic payment details related to accounts you held at any financial institution.

12.     All documents which relate or refer to the description and/or location of each parcel of real property in which you have, or have had within the last five (5) years, an interest, directly or indirectly, including equitable and future interests, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for her own benefit, and any other interest whatsoever.

13.     All documents which relate or refer to the nature of your interest in each of the properties referred to in Paragraph 12 hereof, including without limitation all deeds and mortgages.

14.     All documents which relate or refer to each of the following types of personal property in which you have, or have had within the last five (5) years, an interest:

(a)     Cash, currency, electronic funds, bitcoin, paypal, amazon payments, ACH transactions, or any other e-currency.
(b)     Deposits of money or other currency with any banking or financial institutions, savings and loan associations, credit unions, payment processors, public utility companies, landlords and others (including without limitation checking accounts, savings accounts, escrow accounts, brokerage accounts, certificates of deposit and any other type of account involving money, currency, e-currency, or securities).
(c)     Goods, supplies and furnishings.
(d)     Books, pictures and other art objects.
(e)     Stamp, coin or other collections.
(f)     Automobiles, trucks, trailers or other vehicles.
(g)     Boats, motors or other accessories.
(h)     Livestock, poultry and other animals.

3

(i)     Farming supplies and implements.

(j)     Office equipment, furnishings, supplies, software, passwords, or access codes.

(k)     Machinery, fixtures, equipment and supplies used in business.

(l)     Inventory.

(m)     Tangible personal property of any other description.

(n)     Patents, copyrights, franchises, licenses, good will, and other general intangibles.

(o)     Government bonds.

(p)     Corporate or other bonds.

(q)     Notes or account receivables.

(r)     Other negotiable and non-negotiable instruments.

(s)     Insurance policies, including all documents which relate or refer to surrender or refund values of each.

(t)     Annuities.

(u)     Stocks and interests in incorporated and unincorporated companies, including any and all shareholder agreements.

(v)     Interests in partnerships, limited liability companies or any other entities, including any and all partnership and operating agreements.

(w)     Liquidated debts owed to the Judgment Debtor.

(x)     Contingent and unliquidated claims of every nature.

(y)     Equitable and future interests, life estates and rights and powers exercisable for the Judgment Debtor.

(z)     Lines of credit, letters of credit, or any other credit facilities of any kind.

(aa)     Websites, domain names and registrations, domain names, keyword and other advertising contracts, and anything else related to the internet or ecommerce.

15.     Each document which relates or refers to the market value of your interest in each type of personal or real property referred to in Paragraph 14 hereof.

16.     Each of your Federal and State Income Tax Returns, and all related schedules and supporting documents, for the past five (5) years.

17.     All documents related to the assets and liabilities of any affiliate, owner, officer, parent or subsidiary of Horizon or Horizon Group Realty Holdings, LLC, or the Michael Entities.

18.     All documents related to Michael Entities' assets and liabilities.

19.     All documents created or reviewed by you or anyone else related to the financial status of the Michael Entities.

20.     All documents and communications related to your duties and responsibilities for the Michael Entities.

21.    All documents and communications related to your duties and responsibilities for the Michael Entities.

22.    All documents related to the duties and responsibilities of the directors, officers, managers and staff of the Michael Entities.

23.    All documents, including reports, letters, notes, memoranda and other documents, which were prepared by you in connection with the Michael Entities.

24.    All documents related to compensation paid by the Michael Entities to its officers, directors, managers, including salary records, expense reports and tax returns.

25.    All communications between you and any member of the Michael Entities staff, including but not limited to, letters, e-mails, text messages, etc.

26.    All articles of incorporation, by-laws, operating agreements, membership agreements, management contracts, etc. of the Michael Entities.

27.    All reports, letters, notes, memoranda and other documents prepared by any expert or consultant retained by the Michael Entities.

28.    All communications with any experts or consultants retained by the Michael Entities.

29.    All auditors' reports or documents related to any internal or external reviews of the Michael Entities, including but not limited to, audited financial statements, reviews of the Michael Entities' policies, procedures and/or systems and other audits or reviews of the performance of the Michael Entities.

30.    All policy and procedure manuals of the Michael Entities.

31.    All documents reflecting payments from the Michael Entities to entities with any relationship to officers, directors or managers of Horizon.

32.    All documents reflecting payments to the Michael Entities from other entities.

33.    All contracts or other agreements (not already produced) related to the Michael Entities.

34.    All financial statements of the Michael Entities, including internal, external, audited and unaudited statements.

35.    All documents related to the Michael Entities internal policies, procedures and systems for receiving, holding and disbursing funds including, but not limited to, funds held for the benefit of other entities.

36.    All documents related to the Michael Entities internal policies, procedures and systems for executing and recording financial transactions.

37.    All documents related to the transfer of any asset from Horizon to any entity outside of Horizon from January 1, 2009 to November 14, 2014 (the "Petition Date").

38. All documents related to the transfer of any asset among the persons and entities that comprise the Michael Entities from January 1, 2009 to November 14, 2014 (the "Petition Date").

39.    All general ledgers, balance sheets, expense reports, etc. for the Michael Entities.

40.    All other documents in your possession or control related to the Michael Entities.

41.    All documents which relate or refer to the description and/or location of each parcel of real property in which the Michael Entities has, or has had within the last five (5) years, an interest, directly or indirectly, including equitable and future interests, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, community property, life estates, leaseholders and rights and powers exercisable for his own benefit, and any other interest whatsoever.

42.    All documents which relate or refer to the nature of the interest of the Michael Entities in each of the properties referred to in Paragraph 41 hereof, including without limitation all deeds and mortgages.

6

43.    All documents which relate or refer to each of the following types of personal property in which the Michael Entities has, or has had within the last five (5) years, an interest:

(a)    Cash, currency, electronic funds, bitcoin, paypal, amazon payments, ACH transactions, or any other e-currency.

(b)    Deposits of money or other currency with any banking or financial institutions, savings and loan associations, credit unions, payment processors, public utility companies, landlords and others (including without limitation checking accounts, savings accounts, escrow accounts, brokerage accounts, certificates of deposit and any other type of account involving money, currency, e-currency, or securities).

(c)    Goods, supplies and furnishings.

(d)    Books, pictures and other art objects.

(e)    Stamp, coin or other collections.

(f)    Automobiles, trucks, trailers or other vehicles.

(g)    Boats, motors or other accessories.

(h)    Livestock, poultry and other animals.

(i)    Farming supplies and implements.

(j)    Office equipment, furnishings, supplies, software, passwords, or access codes.

(k)    Machinery, fixtures, equipment and supplies used in business.

(l)    Inventory.

(m)    Tangible personal property of any other description.

(n)    Patents, copyrights, franchises, licenses, good will, and other general intangibles.

(o)    Government bonds.

(p)    Corporate or other bonds.

(q)    Notes or account receivables.

(r)    Other negotiable and non-negotiable instruments.

(s)    Insurance policies, including all documents which relate or refer to surrender or refund values of each.

(t)    Annuities.

(u)    Stocks and interests in incorporated and unincorporated companies, including any and all shareholder agreements.

(v)    Interests in partnerships, limited liability companies or any other entities, including any and all partnership and operating agreements.

(w)    Liquidated debts owed to the Judgment Debtor.

(x)    Contingent and unliquidated claims of every nature.

(y)    Equitable and future interests, life estates and rights and powers exercisable for the Judgment Debtor.

(z)    Lines of credit, letters of credit, or any other credit facilities of any kind.

(aa)    Websites, domain names and registrations, domain names, keyword and other advertising contracts, and anything else related to the internet or ecommerce.

44.    Each document which relates or refers to the market value of the Michael Entities interest in each type of personal or real property referred to in Paragraph 43 hereof.

45.    Each Federal and State Income Tax Return filed by the Michael Entities and/or owner Schedule C for the past five (5) years.

7

46.     Each Financial Statement filed by or which relates to the Michael Entities for any period of time within the past five (5) years.

47.     Copies of any and all statements, deposit slips, financial transaction listing details and history, cancelled checks (front and back), and electronic payment details on which the Michael Entities was/is a signatory or had an interest, or any account in the Michael Entities name.