UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-41230 |
| HORIZON GROUP MANAGEMENT, LLC, | )<br>)<br>) | Chapter:  11 |
| | ) | Honorable Timothy Barnes |
| | )<br>) | |
| Debtor(s) | ) | |

## ORDER CONVERTING DEBTOR'S CASE TO CHAPTER 7

Upon consideration of the motion of Horizon Group Management, LLC to convert the above-captioned case (the "Case") to a case under chapter 7 of the Bankruptcy Code; due notice having been given; it is ORDERED:

The Case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

Post conversion status is set for July 1, 2015 at 10:30 a.m.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  May 12, 2015

**Prepared by:**

Mark L. Radtke (#6275738)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL  60654
(312) 541-0151