Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Horizon Group Management, LLC
1946 W. Lawrence Avenue
Chicago, IL 60640
SSN: EIN: 36–4402468
dba The Merion, dba Horizon Realty Group

Case No. : 14–41230
Chapter : 7
Judge :    Timothy A. Barnes

---

Debtor's Attorney:
Robert M Fishman
Shaw Fishman Glantz & Towbin LLC
321 N Clark Street
Suite 800
Chicago, IL 60654

312 666–2842

Trustee:
Andrew J Maxwell ESQ
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603

312 368–1138

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***November 14, 2014*** .

1. ***August 21, 2015*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***August 21, 2015*** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: May 21, 2015

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court