## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HORIZON GROUP MANAGEMENT, LLC, | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor. | ) | Case No. 1:14-bk-41230 |
| | ) | |

### FINAL REPORT AND ACCOUNT OF HORIZON GROUP MANAGEMENT, LLC

Horizon Group Management, LLC (the "Debtor"), hereby submits its Final Report and Account pursuant to Fed. R. Bankr. P. 1019(5)(a)(ii).

1.     On November 14, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On May 12, 2015, the Court entered an order converting this case to a case under chapter 7 of the Bankruptcy Code. Andrew Maxwell was appointed by the United States Trustee as the chapter 7 trustee (the "Trustee") for the Debtor's estate.

2.     A summary of the Debtor's Final Report and Account for the period of November 14, 2014 through May 12, 2015 is as follows:

| | | |
|---|---|---|
| a. | BEGINNING BALANCE | $5,264.78 |
| b. | RECEIPTS | $2,290,387.46 |
| c. | DISBURSEMENTS | $2,244,738.31 |
| d. | NET CASH available for Trustee | $50,913.13 |

Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from the Petition Date through May 31, 2015.

3.     As reflected in the Debtor's Monthly Operating Report for the period ending May

{11347-001 RPT A0411495.DOC}

31, 2015, the Debtor deposited an additional $23,717.37 in the Northern Trust bank account on

May 18, 2015.  Accordingly, the total net cash available in the Debtor's accounts for the Trustee

is $74,631.30.  See Exhibit A.

   4.  The Debtor has filed a Schedule of Unpaid Debts pursuant to Fed. R. Bankr. P.

1019(5)(a)(ii), and the total unpaid debts are unknown at this time.

           Respectfully submitted,

           HORIZON GROUP MANAGEMENT, LLC

Dated:  July 8, 2015       By:_____
            Jeffrey Michael


Robert M. Fishman (#3124316)
Mark L. Radtke (#6275738)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Il 60654
Phone: (312) 541-0151
Fax: (312) 980-3888
rfishman@shawfishman.com
mradtke@shawfishman.com


*Counsel for Horizon Group Management,
LLC*

## EXHIBIT A
## MONTHLY OPERATING REPORTS

1.   November 14, 2014 – November 30, 2014 filed on <u>December 22, 2014</u> (Dkt. #33).

2.   December, 2014 filed on <u>January 16, 2015</u> (Dkt #40).

3.   January, 2015 filed on <u>February 20, 2015</u> (Dkt #47).

4.   February, 2015 filed on <u>March 20, 2015</u> (Dkt #63).

5.   March, 2015 filed on <u>April 21, 2015</u> (Dkt #73).

6.   April, 2015 filed on <u>May 29, 2015</u> (Dkt #91).

7.   May, 2015 filed on <u>July 6, 2015</u> (Dkt #106).

{11347-001 RPT A0411495.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Horizon Group Management, LLC        CASE NO.   14-41230

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending   November 30,        20  14

| | | |
|---|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | | $5,264.78 |
| **RECEIPTS:** | | |
| 1. | Receipts from operations | $152,674.30 |
| 2. | Other Receipts | $0.00 |
| **DISBURSEMENTS:** | | |
| 3. | Net payroll: | |
| a. | Officers | $8,081.79 |
| b. | Others | $89,520.03 |
| 4. | Taxes | |
| a. | Federal Income Taxes | $14,115.63 |
| b. | FICA withholdings | $9,140.94 |
| c. | Employee's withholdings | $1,050.17 |
| d. | Employer's FICA | $9,021.00 |
| e. | Federal Unemployment Taxes | $37.97 |
| f. | State Income Tax | $0.00 |
| g. | State Employee withholdings | $6,016.50 |
| h. | All other state taxes | $498.27 |
| 5. | Necessary Expenses | |
| a. | Rent or mortgage payment(s) | $0.00 |
| b. | Utilities | $0.00 |
| c. | Insurance | $0.00 |
| d. | Merchandise bought for manufacture or sale | $0.00 |
| e. | Other necessary expenses (specify) | $0.00 |
| | Payroll Processing Costs | $192.00 |
| | Political Contribution | $500.00 |
| TOTAL DISBURSEMENTS | | $138,174.30 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | $14,500.00 |
| ENDING BALANCE IN   Northern Trust | | $19,764.78 |
| (Name of Bank) | | |
| ENDING BALANCE IN | | $ |
| (Name of Bank) | | |
| ENDING BALANCE IN ALL ACCOUNTS | | $19,764.78 |

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Horizon Group Management, LLC          CASE NO.   14-41230

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending   December 31,          20  14

| | | | |
|---|---|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | | | $19,764.78 |
| **RECEIPTS:** | | | |
| 1. | Receipts from operations | | $416,912.68 |
| 2. | Other Receipts | | $0.00 |
| **DISBURSEMENTS:** | | | |
| 3. | Net payroll: | | |
| | a. | Officers | $28,316.60 |
| | b. | Others | $224,029.39 |
| 4. | Taxes | | |
| | a. | Federal Income Taxes | $41,337.29 |
| | b. | FICA withholdings | $23,180.69 |
| | c. | Employee's withholdings | $2,748.87 |
| | d. | Employer's FICA | $22,760.29 |
| | e. | Federal Unemployment Taxes | $169.67 |
| | f. | State Income Tax | $0.00 |
| | g. | State Employee withholdings | $15,509.94 |
| | h. | All other state taxes | $1,608.81 |
| 5. | Necessary Expenses | | |
| | a. | Rent or mortgage payment(s) | $400.00 |
| | b. | Utilities | $442.08 |
| | c. | Insurance | $25,785.56 |
| | d. | Merchandise bought for manufacture or sale | $0.00 |
| | e. | Other necessary expenses (specify) | |
| | | Miscellaneous Expense (Footnote 1) | $18,738.71 |
| | | Permits | $70.00 |
| | | Postage | $51.32 |
| | | Data Processing | $5.00 |
| TOTAL DISBURSEMENTS | | | $405,154.22 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | | $11,758.46 |
| ENDING BALANCE IN | Northern Trust | | $31,523.24 |
| | (Name of Bank) | | |
| ENDING BALANCE IN ALL ACCOUNTS | | | $31,523.24 |

Footnote 1 – Temporary expense booking which has been reversed in January, 2015 stemming from a December, 2014 accounting entry made in error.

OPERATING REPORT  Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Horizon Group Management, LLC          CASE NO.  14-41230

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending    January 31,                    20  15

| | | | |
|---|---|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | | | $31,523.24 |
| **RECEIPTS:** | | | |
| 1. | Receipts from operations | | $382,514.23 |
| 2. | Other Receipts | | $0.00 |
| **DISBURSEMENTS:** | | | |
| 3. | Net payroll: | | |
| | a. | Officers | $25,814.40 |
| | b. | Others | $200,328.60 |
| 4. | Taxes | | |
| | a. | Federal Income Taxes | $37,848.00 |
| | b. | FICA withholdings | $22,974.08 |
| | c. | Employee's withholdings | $1,841.71 |
| | d. | Employer's FICA | $22,974.17 |
| | e. | Federal Unemployment Taxes | $1,522.64 |
| | f. | State Income Tax | $0.00 |
| | g. | State Employee withholdings | $11,151.10 |
| | h. | All other state taxes | $8,932.35 |
| 5. | Necessary Expenses | | |
| | a. | Rent or mortgage payment(s) | $0.00 |
| | b. | Utilities | $862.85 |
| | c. | Insurance | $17,787.58 |
| | d. | Merchandise bought for manufacture or sale | $0.00 |
| | e. | Other necessary expenses (specify) | |
| | | Miscellaneous Expense | $315.22 |
| | | Permits | $0.00 |
| | | Postage | $392.30 |
| | | Data Processing | 7,230.00 |
| TOTAL DISBURSEMENTS | | | $359,975.00 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | | $22,539.23 |
| ENDING BALANCE IN | Northern Trust | | $54,062.47 |
| | (Name of Bank) | | |
| ENDING BALANCE IN ALL ACCOUNTS | | | $54,062.47 |

OPERATING REPORT  Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Horizon Group Management, LLC          CASE NO.   14-41230

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending   February 28,                    20   15

| | | | |
|---|---|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | | | $54,062.47 |
| **RECEIPTS:** | | | |
| 1. | Receipts from operations | | $335,478.46 |
| 2. | Other Receipts | | $0.00 |
| **DISBURSEMENTS:** | | | |
| 3. | Net payroll: | | |
| | a. | Officers | $25,814.40 |
| | b. | Others | $203,846.14 |
| 4. | Taxes | | |
| | a. | Federal Income Taxes | $38,418.60 |
| | b. | FICA withholdings | $23,346.94 |
| | c. | Employee's withholdings | $1,832.58 |
| | d. | Employer's FICA | $23,346.87 |
| | e. | Federal Unemployment Taxes | $1,208.97 |
| | f. | State Income Tax | $0.00 |
| | g. | State Employee withholdings | $11,367.43 |
| | h. | All other state taxes | $8,129.11 |
| 5. | Necessary Expenses | | |
| | a. | Rent or mortgage payment(s) | $3,000.00 |
| | b. | Utilities | $1,063.37 |
| | c. | Insurance | $20,147.04 |
| | d. | Merchandise bought for manufacture or sale | $0.00 |
| | e. | Other necessary expenses (specify) | |
| | | Miscellaneous Expense | $2,376.10 |
| | | Permits | $0.00 |
| | | Postage | $334.16 |
| | | Data Processing | $893.40 |
| TOTAL DISBURSEMENTS | | | $365,125.11 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | | ($29,646.65) |
| ENDING BALANCE IN | Northern Trust | | $24,415.82 |
| | (Name of Bank) | | |
| ENDING BALANCE IN ALL ACCOUNTS | | | $24,415.82 |

OPERATING REPORT  Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Horizon Group Management, LLC          CASE NO.   14-41230

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending   March 31,                          20  15

| | | | |
|---|---|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | | | $24,415.82 |
| **RECEIPTS:** | | | |
| 1. | Receipts from operations | | $379,246.61 |
| 2. | Other Receipts | | $0.00 |
| **DISBURSEMENTS:** | | | |
| 3. | Net payroll: | | |
| | a. | Officers | $27,142.15 |
| | b. | Others | $210,499.31 |
| 4. | Taxes | | |
| | a. | Federal Income Taxes | $39,069.92 |
| | b. | FICA withholdings | $22,651.16 |
| | c. | Employee's withholdings | $2,640.69 |
| | d. | Employer's FICA | $22,651.25 |
| | e. | Federal Unemployment Taxes | $676.75 |
| | f. | State Income Tax | $0.00 |
| | g. | State Employee withholdings | $11,660.43 |
| | h. | All other state taxes | $7,624.64 |
| 5. | Necessary Expenses | | |
| | a. | Rent or mortgage payment(s) | $1,000.00 |
| | b. | Utilities | $1,011.33 |
| | c. | Insurance | $20,662.42 |
| | d. | Merchandise bought for manufacture or sale | $0.00 |
| | e. | Other necessary expenses (specify) | |
| | | Miscellaneous Expense | $3,299.04 |
| | | Permits | $0.00 |
| | | Postage | $677.91 |
| | | Data Processing | $8,040.72 |
| TOTAL DISBURSEMENTS | | | $379,307.72 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | | ($61.11) |
| ENDING BALANCE IN | Northern Trust | | $24,354.71 |
| | (Name of Bank) | | |
| ENDING BALANCE IN ALL ACCOUNTS | | | $24,354.71 |

OPERATING REPORT  Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME;   Horizon Group Management, LLC          CASE NO.  14-41230

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending    April 30,                              20  15

| | | |
|---|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | | $24,354.71 |
| **RECEIPTS:** | | |
| 1. | Receipts from operations | $548,561.18 |
| 2. | Other Receipts | $75,000.00 |
| **DISBURSEMENTS:** | | |
| 3. | Net payroll: | |
| a. | Officers | $42,970.11 |
| b. | Others | $320,218.75 |
| 4. | Taxes | |
| a. | Federal Income Taxes | $59,758.71 |
| b. | FICA withholdings | $32,194.06 |
| c. | Employee's withholdings | $1,551.30 |
| d. | Employer's FICA | $32,105.20 |
| e. | Federal Unemployment Taxes | $554.82 |
| f. | State Income Tax | $0.00 |
| g. | State Employee withholdings | $17,734.78 |
| h. | All other state taxes | $8,001.61 |
| 5. | Necessary Expenses | |
| a. | Rent or mortgage payment(s) | $1,000.00 |
| b. | Utilities | $1,025.44 |
| c. | Insurance | $32,096.30 |
| d. | Merchandise bought for manufacture or sale | $0.00 |
| e. | Other necessary expenses (specify) | |
| | Miscellaneous Expense | $28,624.84 |
| | Correction of January, 2015 Accounting Entry Errors | $16,822.92 |
| | Postage | $457.62 |
| | Data Processing | $1,885.50 |
| TOTAL DISBURSEMENTS | | $597,001.96 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | $26,559.22 |
| ENDING BALANCE IN     Northern Trust | | $50,913.93 |
| (Name of Bank) | | |
| ENDING BALANCE IN ALL ACCOUNTS | | $50,913.93 |

OPERATING REPORT  Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Horizon Group Management, LLC          CASE NO.  14-41230

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending   May 31,                          20  15

| | | |
|---|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | | $50,913.93 |
| **RECEIPTS:** | | |
| 1. | Receipts from operations | $0.00 |
| 2. | Other Receipts | $23,717.37 |
| **DISBURSEMENTS:** | | |
| 3. | Net payroll: | |
| | a.   Officers | $0.00 |
| | b.   Others | $0.00 |
| 4. | Taxes | |
| | a.   Federal Income Taxes | $0.00 |
| | b.   FICA withholdings | $0.00 |
| | c.   Employee's withholdings | $0.00 |
| | d.   Employer's FICA | $0.00 |
| | e.   Federal Unemployment Taxes | $0.00 |
| | f.   State Income Tax | $0.00 |
| | g.   State Employee withholdings | $0.00 |
| | h.   All other state taxes | $0.00 |
| 5. | Necessary Expenses | |
| | a.   Rent or mortgage payment(s) | $0.00 |
| | b.   Utilities | $0.00 |
| | c.   Insurance | $0.00 |
| | d.   Merchandise bought for manufacture or sale | $0.00 |
| | e.   Other necessary expenses (specify) | |
| | Miscellaneous Expense | $0.00 |
| TOTAL DISBURSEMENTS | | $0.00 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | $23,717.37 |
| ENDING BALANCE IN | Northern Trust | $74,631.30 |
| | (Name of Bank) | |
| ENDING BALANCE IN ALL ACCOUNTS | | $74,631.30 |

OPERATING REPORT  Page 1
EXHIBIT "B"