UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 14bk41230 |
| HORIZON GROUP | ) | |
| MANAGEMENT, LLC | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO BAUCH & MICHAELS, LLC, ATTORNEYS FOR TRUSTEE, FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 53,184.00 | TOTAL COSTS REQUESTED: | $ 1,680.15* |
| TOTAL FEES REDUCED: | $ 3,092.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 50,092.00 | TOTAL COSTS ALLOWED: | $ 1,680.15 |

**TOTAL FEES AND COSTS ALLOWED: $ 51,772.15**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate the exact expense for the deposition and the court will not reimburse based on estimates.

*However, at the hearing counsel provided an oral modification to the expense to account for the actual. The amount above reflects this modification.

**(2)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 340.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(3)    Duplication of Services – TOTAL of disallowed amounts: $ 2,472.00**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if

multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303. In this case, the majority of CYS' entries were for conferences or reading emails. The court deemed such efforts repetitive where more than one counsel charged for the conference and where such time entries did not result in work product, only review.

**(4)     Computational or Typographical Error – TOTAL of disallowed amounts: $ 280.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated:  November 4, 2015

Timothy A. Barnes
United States Bankruptcy Judge

**EXHIBIT 1**

# BAUCH &
## MICHAELS, LLC

Law Offices

53 West Jackson Boulevard, Suite 1115
Chicago, Illinois 60604

Phone: (312) 588-5000
Fax: (312) 427-5709
www.bauch-michaels.com

Andrew J. Maxwell, Trustee
Maxwell Law Group, LLC
105 West Adams, Suite 3200
Chicago, IL 60603

October 07, 2015
Invoice No.  13242

In Reference To:  Legal services rendered through September 30, 2015

Professional Services

| | | | Hours | Amount | |
|---|---|---|---|---|---|
| **Fee Application** | | | | | |
| 9/15/2015 | CYS | office conference with PMB re: Bauch & Michaels' first interim fee application (.10); prepared initial draft of same (.30) | 0.40 $240.00 | $96.00 | |
| 9/16/2015 | PMB | review initial print out of detail and revise re: descriptions (.20) | 0.20 $400.00 | $80.00 | |
| 9/24/2015 | CYS | reviewed and revised Bauch & Michaels' first interim fee application and exhibit for same (.40); office conference with PMB re: same (.10) | 0.50 $240.00 | $120.00 | |
| 9/25/2015 | CYS | office conference with PMB re: Bauch & Michaels' first interim fee application (.10); reviewed and revised same, exhibit, and proposed order (.40); emailed Andrew Maxwell re: same (.10) | 0.60 $240.00 | $144.00 | |
| | PMB | office conference with CYS re: status of fee application and review billing statements (.30) | 0.30 $400.00 | $120.00 | (2) Lumping |
| | **Subtotal** | | **2.00** | **$560.00** | |
| **In re Horizon Group Management, LLC Investigation** | | | | | |
| 5/12/2015 | PMB | review materials and attention to preparation for hearing (1.20); attend hearing on pending motions including motion to convert and follow-up conferences with counsel (.90); review notice of appointment of trustee (.10) emails and follow-up with trustee re: meeting re: background (.40) | 2.60 $400.00 | $1,040.00 | (2) Lumping |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 2

| | | | Hours | Amount | |
|---|---|---|---|---|---|
| 5/12/2015 | CYS | emailed Andrew Maxwell re: case status (.10); office conference with PMB re: same and meeting with trustee (.20) | 0.30 $240.00 | $72.00 | (3) Duplicate efforts |
| 5/13/2015 | PMB | email exchanges with Jenn and Ken Flaxman re: issues relating to service of subpoenas and designation of Daniel Michael as person responsible to perform debtor functions (.40), emails with trustee re: meeting on background (.10); conferences re: notice of meeting of creditors and strategy for second 341 meeting (.20); emails with Illinois Department of Revenue re: bounty on turnover of information on Illinois tax cheats (.10); emails with group re: Andy Maxwell's appointment as trustee and coordination of efforts with trustee (.10); review notice of order granting motion to convert and order scheduling hearings on motion to alter or amend judgment (.10) | 1.00 $400.00 | $400.00 | |
| | CYS | reviewed emails from PMB and Andrew Maxwell re: case status and meeting (.10) | 0.10 $240.00 | $24.00 | (3) Duplicate efforts |
| 5/14/2015 | PMB | telephone conference with Jenn re: impact of trustee appointment and report of status (.20); office conference with Andy Maxwell and CYS re: background on case and provide various documents relating to case and creditor strategies (1.20) | 1.40 $400.00 | $560.00 | |
| | CYS | office conference with PMB and Andrew Maxwell re: case history and status (.60); office conference with PMB re: same and case strategy (.20) | 0.80 $240.00 | $192.00 | (3) Duplicate efforts |
| 5/15/2015 | CYS | office conference with PMB re: discovery and information for trustee (.20); email exchange with Jenn re: affidavits of service of subpoenas (.10) | 0.30 $240.00 | $72.00 | (3) Duplicate efforts |
| | PMB | office conference with CYS re: discovery and assembly of information for trustee (.20); review certificates of service and re-notice of any of creditors (.10); email exchanges with Jenn re: status of service of subpoenas on Michaels and related entities (.20); review J&S Aviation decision re: settlement of piercing corporate veil claims (.20) | 0.70 $400.00 | $280.00 | |
| 5/19/2015 | PMB | emails with Jenn and Jeff re: scheduling and response to Jeff's question re: availability of discharge to an LLC (.20) | 0.20 $400.00 | $80.00 | |
| 5/20/2015 | PMB | review KAM email re: legal malpractice nondischargeability issue and possible relevance (.10); review trustee's initial report of assets (.10); email coordinate client meeting (.10) | 0.30 $400.00 | $120.00 | |
| 5/21/2015 | PMB | office conference with CYS re: status of subpoenas and discovery plan (.30); office conference with Jeff, Carol and Jenn re: discovery plan, chapter 7 strategy and related matters (1.20); emails and telephone conference with trustee's office re: funding and plan for proceeding with discovery (.20); | 1.90 $400.00 | $760.00 | |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 3

| | | | Hours | Amount | |
|---|---|---|---|---|---|
| | | emails with trustee re: status of document turnover, (.10); emails with Jenn re: status services subpoena (.10) | | | |
| 5/21/2015 | CYS | office conference with Jenn, Jeff and PMB re: case status and discovery (1.20); office conference with PMB re: same (.30)(N/C) | 1.20 $240.00 | $288.00 | (3) Duplicate efforts |
| 5/22/2015 | PMB | telephone conference with Dan Zazove re: status of document production and possible settlement strategies for case (.20); office conference with CYS re: preparation for next phase of discovery and scheduling (.20); prepare email to trustee re: checklist of various items and wish lists, availability of documents, analysis and case history, review appearance filed by Ed Joyce's office (.50) | 0.90 $400.00 | $360.00 | |
| 5/23/2015 | PMB | review notice of claim bar date and response to emails re: same (.10) | 0.10 $400.00 | $40.00 | |
| 5/25/2015 | PMB | review Jeff's email re: impact of inability of debtor to get discharge (.10) | 0.10 $400.00 | $40.00 | |
| 5/26/2015 | CYS | reviewed emails from David Gold and PMB re: depositions and document production (.10) | 0.10 $240.00 | $24.00 | (3) Duplicate efforts |
| | PMB | emails relating to document production by Horizon Group companies (.40); research relating to recent case awarding $100,000 attorney's fees in statutory fee case (.20); research and email the team re: issues relating to waiver of attorney client privilege and other matters (.40) | 1.00 $400.00 | $400.00 | |
| 5/27/2015 | PMB | email exchanges with team re: coordinating creditors meeting and strategy plan, Horizon Group's request to postpone depositions pending assembly of documents (.30) | 0.30 $400.00 | $120.00 | |
| 5/28/2015 | PMB | emails coordinating meeting among trustee and major creditors (.20); prepare email inquiry to debtor's counsel re: status of April operating report (.10) | 0.30 $400.00 | $120.00 | |
| 5/29/2015 | CYS | reviewed April operating report (.10) | 0.10 $240.00 | $24.00 | (3) Duplicate efforts |
| | PMB | review operating report (.10); emails with Jenn Doherty re: trustee's attendance at our meeting (.10) | 0.20 $400.00 | $80.00 | |
| 6/1/2015 | CYS | telephone conference with Kyle Rettberg re: status of document production (.10); reviewed additional documents from Northern Trust (.10); email exchange with David Gold re: rescheduling Horizon affiliates' depositions (.10) | 0.30 $240.00 | $72.00 | |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 4

|  |  |  | Hours | Amount |  |
|---|---|---|---|---|---|
| 6/2/2015 | PMB | review emails commenting on Northern Trust Company documents (.10); review documents produced by Northern Trust including Danny Michael's line of credit as source of funding for bankruptcy retainer and related documents (.30); office conference with CYS re: Northern Trust documents, possible implications for case and impact, status of trustee's waiver of the attorney-client privilege (.20) | 0.60 $400.00 | $240.00 |  |
|  | CYS | office conference with PMB re: Northern Trust's document production (.10); reviewed emails from PMB, Ken and Jeff re: same (.10) | 0.20 $240.00 | $48.00 | (3) Duplicate efforts |
| 6/4/2015 | PMB | review and arrange for copies of documents to be produced to trustee (.20); attend meeting with litigation team and trustee re: status and strategies and agenda for proceeding (1.80); prepare draft demand letters for trustee including letter to Skadden Arps, to debtor, and debtor's counsel requesting turnover of records (.70) | 2.70 $400.00 | $1,080.00 |  |
|  | CYS | email exchange with Jenn re: Northern Trust subpoena (.10) | 0.10 $240.00 | $24.00 |  |
| 6/5/2015 | PMB | review and revisions to letter to Skadden Arps requesting turnover of documents (.30); review Donna's schedule of transfers to Daniel Michael (.30); prepare turnover letter for Daniel Michael (.30); review turnover/claw back letter from Madoff case (.10) | 1.00 $400.00 | $400.00 |  |
| 6/8/2015 | CYS | telephone conference with Ed and Jenn re: Northern Trusts's document production (.10) (N/C); telephone conference with Kyle Rettberg re: Northern Trust's witness (.10); office conference with PMB re: same and case status (.10) | 0.20 $240.00 | $48.00 | (3) Duplicate efforts |
|  | PMB | email exchanges re: request for information and comments on technical issues, general ledger accounts, identification of transactions and clawback summaries (.50); review additional accounting documents and analysis of records re: status (.30); office conference with CYS re: status of Northern Trust documents (.10) | 0.90 $400.00 | $360.00 |  |
| 6/9/2015 | PMB | review documents re: preparation for Northern Trust deposition (.10); attend Northern Trust deposition, conferences with team re: questions and strategies (3.20) | 3.30 $400.00 | $1,320.00 |  |
| 6/10/2015 | CYS | email exchange with PMB and Jenn re: demand letters to debtor and affiliates (.10); office conference with PMB re: same, case strategy, and Martin Babbo's deposition (.30) | 0.40 $240.00 | $96.00 |  |
|  | PMB | review and revisions to demand letters for trustee (.50) | 0.50 $400.00 | $200.00 |  |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 5

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/11/2015 | PMB | review emails and revise claw back charts and related matters (.30) | 0.30 $400.00 | $120.00 |
| | PMB | research relating to avoidance of charitable contributions under state law where they would otherwise be barred from recovery under federal law, federal law limitation only applicable to natural persons (.30); review and revisions to trustee's letter to tax accountant (.20) | 0.50 $400.00 | $200.00 |
| | CYS | reviewed HRG Realty's response to motion to alter or amend sale order (.20); office conference with PMB re: same (.10) | 0.30 $240.00 | $72.00 |
| 6/12/2015 | CYS | telephone conference with PMB re: case status (.10); reviewed debtor's response to motion to alter or amend sale order (.10) | 0.20 $240.00 | $48.00 |
| 6/13/2015 | PMB | review emails and forward, follow-up request for documents (.10); office conference with CYS re: status of production and delivery of various demand letters by trustee (.20); office conference with CYS re: status of creditor claim and related issues (.10); review files and continue preparation of timeline of significant events (.70) | 1.10 $400.00 | $440.00 |
| 6/15/2015 | PMB | telephone conference with Andy Maxwell re: status and plan for 341 meeting (.30); review docket re: lack of filing of final report and accounting (.10); review materials and documents re: debtor's misrepresentations of financial condition and review outline for reply to response in opposition to motion to alter or amend (1.30) | 1.70 $400.00 | $680.00 |
| 6/16/2015 | <u>CYS</u> | <u>office conference with PMB re: discovery requests (.20)</u> | 0.20 $240.00 | $48.00 **(3)** Duplicate efforts |
| | <u>PMB</u> | <u>office conference with CYS re: status of discovery and preparation, review issues relating to debtor's failure to file final report and account and related matters (.30)</u> | 0.30 $400.00 | $120.00 **(2)** Lumping |
| 6/17/2015 | CYS | office conference with PMB re: outstanding discovery and operating reports (.20) | 0.20 $240.00 | $48.00 |
| 6/22/2015 | PMB | review documents and research various alternative postings of transactions (.40); review docket and prepare timeline of case (1.30); conferences with CYS re: proofs of claim and related matters (.30); respond to Jeff's email re: status of trustee actions (.10); review docket re: failure of debtor to file final report (.20) | 2.30 $400.00 | $920.00 |
| | <u>CYS</u> | <u>office conference with PMB re: Horizon's document production and additional documents to be requested (.20)</u> | 0.20 $240.00 | $48.00 **(3)** Duplicate efforts |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 6

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/22/2015 CYS | office conference with PMB re: reply in support of motion to alter or amend (.10); reviewed and revised PMB's draft of same (.30); filed same (.10) | | 0.50 $240.00 | $120.00 (3) Duplicate efforts |
| 6/23/2015 CYS | reviewed PMB's timeline of events and emails to David Gold and Andrew Maxwell re: discovery (.10) | | 0.10 $240.00 | $24.00 |
| 6/30/2015 CYS | telephone conference with Andrew Maxwell and PMB re: status of discovery and letters to debtor and affiliates (.20); office conference with PMB re: case strategy (.20); telephone conference with Jenn re: same and proofs of claim (.10) | | 0.50 $240.00 | $120.00 |
| 7/1/2015 PMB | attend hearing on motion to employ special counsel (.70); follow-up conference with parties in interest re: ongoing discovery and related matters (.30); conferences with class counsel re: transition (.30) | | 1.30 $400.00 | $520.00 |
| CYS | office conference with PMB re: case status (.30) | | 0.30 $240.00 | $72.00 (3) Duplicate efforts |
| 7/2/2015 CYS | office conference with PMB re: case status and discovery (.20); reviewed emails from Andy and PMB re: demand letters to transferees and accountant (.20) | | 0.40 $240.00 | $96.00 (3) Duplicate efforts |
| 7/6/2015 CYS | reviewed debtor's May operating report (.10) | | 0.10 $240.00 | $24.00 (3) Duplicate efforts |
| 7/8/2015 PMB | review rules re: trustee's intervention in pending rule 2004 exam proceedings (.30); office conference with CYS re: discovery plan (.10); email to Andy re: strategy on intervention in pending rule 2004 proceedings and other discovery related matters (.10) | | 0.50 $400.00 | $200.00 |
| CYS | reviewed Shaw Fishman's fee application (.20); office conference with PMB re: same and possible objections (.10) | | 0.30 $240.00 | $72.00 (3) Duplicate efforts |
| PMB | conference with parties in interest regarding transition and future strategies (.70) | | 0.70 $400.00 | $280.00 |
| 7/9/2015 CYS | office conference with PMB re: missing discovery from Horizon affiliates (.20) | | 0.20 $240.00 | $48.00 |
| 7/10/2015 CYS | telephone conference with Andrew Maxwell and PMB re: discovery and case strategy (.50); telephone conference with Dan Zazove re: status of Horizon affiliates' discovery responses (.20); reviewed Horizon's amended May operating report - post-petition A/R reduced from $5,372.85 to $329 (.10); reviewed schedule of unpaid debts and final report (.10) | | 0.90 $240.00 | $216.00 |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 7

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/13/2015 CYS | email exchange with Mark Radtke and PMB re: debtor's document production (.10); office conference with PMB re: same and case status (.20) | | 0.30<br>$240.00 | $72.00 |
| 7/14/2015 PMB | review emails re: Section 341 meeting and post turnover meeting. (.10); telephone conference with Steve J re: status of case. (.10); additional telephone conference with Steve Jakubowski (.10) | | 0.30<br>$400.00 | $120.00 |
| CYS | reviewed emails from Mark Radtke, PMB, and Andrew re: document production and 341 meeting (.20) | | 0.20<br>$240.00 | $48.00 (3)<br>Duplicate efforts |
| 7/15/2015 PMB | review materials relating to post bankruptcy conversion compliance (.20); review open discovery issues and related matters (.10); continued hearing on various motions and post conversion status (.40) | | 0.70<br>$400.00 | $280.00 |
| 7/16/2015 PMB | review Code and Rules re: designation of Daniel Michael as representative of the debtor (.20); prepared email and forward materials to counsel for class counsel re: motion to alter or amend sale order and other background materials (.10); prepare email to Andy re: confirmation of status on document production and advice re: matters to be pursued relating to discovery (.20); telephone conference with Joe Winningham of Global Discovery re: collection of documents (.20) | | 0.70<br>$400.00 | $280.00 |
| CYS | office conference with PMB re: discovery, fraudulent transfer actions, delivery of turnover letters, and information from accountant (.30); reviewed emails from PMB re: same (.20) | | 0.50<br>$240.00 | $120.00 (3)<br>Duplicate efforts |
| 7/17/2015 PMB | review and revise motion re: intervention in pending rule 2004 proceedings and discovery (.40); attention to file re: preparation of supplemental rule 2004 motions (1.20); office conference with CYS re: status of document production in rule 2004 proceedings (.20); prepare motion to designate Daniel Michael as responsible person of the debtor (.30); telephone conference with Mark Radke re: status of document production and related matters, including continuance of July 29, 2015 hearing date (.40) | | 2.50<br>$400.00 | $1,000.00 |
| CYS | office conference with PMB re: motion to intervene in discovery (.10) | | 0.10<br>$240.00 | $24.00 (3)<br>Duplicate efforts |
| 7/20/2015 CYS | office conference with PMB re: motions re: discovery and debtor's request to continue 7/29 hearing (.10) | | 0.10<br>$240.00 | $24.00 (3)<br>Duplicate efforts |
| 7/22/2015 CYS | reviewed and revised trustee's motion to adopt Rule 2004 discovery (.50); emailed Andy re: same (.10); office conference with PMB re: additional motions for Rule 2004 exams and status of discovery (.30) | | 0.90<br>$240.00 | $216.00 |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 8

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/23/2015 | CYS | email exchange with Mark Radtke and PMB re: continued hearing on motion to alter or amend sale order (.10); office conference with PMB re: same and discovery (.20) | 0.30 $240.00 | $72.00 |
| | PMB | conferences with trustees re: strategies on turnover proceedings against non-parties holding property or documents of debtor (.50) | 0.50 $400.00 | $200.00 |
| 7/24/2015 | PMB | emails with Mark re: request for documents and dates for deposition discovery (.20); telephone conference with Steve Jakubowski re: decision relating to motion to alter or amend sale order (.10); email to Andy re: status (.10) | 0.40 $400.00 | $160.00 |
| 7/27/2015 | PMB | emails with Steve re: status of motion to alter amend (.10) | 0.10 $400.00 | $40.00 |
| 7/28/2015 | PMB | telephone conference with Andy Maxwell re: overview of case and strategies (.10); email exchange and telephone conference with Bob Fishman re: trustee's intentions at tomorrow's hearing (.20); review documents received from accounting firm (.40); email Andy re: missing bank statements (.10) | 0.80 $400.00 | $320.00 |
| | PMB | telephone conference with Steve Bobo re: status of motion to alter or amend (.10) | 0.10 $400.00 | $40.00 |
| 7/29/2015 | PMB | review timeline and other materials and prepare for hearing on fee application and motion to alter or amend sale order (.30); office conference with Andy Maxwell, Steve Wolf and Steve Jakubowski re: conversion and open issues (.10); attend hearing on various motions (.80); conferences with Bob and Dan re: status of discovery (.10); telephone conference with Andy re: status of demand letters and related issues (.10); prepare revised demand letter for delivery to third-party initial transferee's (.20); review, revise and forward various demand letters to Andy Maxwell (.30) | 1.90 $400.00 | $760.00 |
| | CYS | reviewed emails from Andy and PMB re: motion to intervene and motion to designate (.10) | 0.10 $240.00 | $24.00 (3) Duplicate efforts |
| 7/30/2015 | PMB | prepare complaint for turnover versus Skadden Arps (.40); revise motion to designate Daniel Michael as responsible party (.50); review and research re: status of document requests and preparation of motion to compel surrender of property by debtor (.50) | 1.40 $400.00 | $560.00 |
| 7/31/2015 | PMB | email exchanges re: schedule for depositions in 2004 exams (.30); review and forward landmark case re: trustee's ability to obtain documents relating to litigation (.30) | 0.60 $400.00 | $240.00 |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 9

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/3/2015 | PMB | review emails from Steve J re: status of document turnover (.10); telephone conference with Steve J. re: Status of Discovery Efforts and Litigation (.20); review Steve's email re: available dates for scheduling depositions (.10); telephone conference with Danny Z re: status on demand letters and various motions (.20); email exchanges re: discovery, availability for deposition schedules (.20); review and attention to drafts of various motions, including designation and status (.30) | 1.10<br>$400.00 | $440.00 |
| 8/4/2015 | PMB | review and revisions to motion to surrender records to trustee and research same (.20); coordinate filing of various motions and complaints with CYS (.50); review voicemail from Skadden partner re: document turnover (.10); final review and attention to motion to designate Daniel Michael and motion to intervene in pending 2004 examination proceedings (.50) | 1.30<br>$400.00 | $520.00 |
| | CYS | office conference with PMB re: motion to intervene, motions to compel, and additional subpoenas (.40); prepared proposed order for motion to intervene (.10); prepared proposed order for motion to designate Daniel Michael (.10); filed motion to intervene and motion to designate (.10); emailed Andrew re: filing fee for adversary complaint against Skadden, Arps (.10); reviewed emails from PMB re: Skadden's plan to cooperate with document production (.10) | 0.90<br>$240.00 | $216.00 (3)<br>Duplicate efforts |
| 8/5/2015 | CYS | office conference with PMB re: motions for Rule 2004 exams (.10); reviewed and revised motion for turnover against debtor (.20); prepared proposed order re: same (.10); filed same (.10) | 0.50<br>$240.00 | $120.00 |
| | PMB | emails to Skadden attorney and conference relating to production of Skadden client files (.30); review Trustee's request for document turnover from Shaw Fishman (.20); telephone conference with Al Hogan re: turnover of documents by Skadden and limitations on their client file rule (.40); telephone conference with Andy re: approval of motion to compel turnover of electronic data and records and status of objection to debtor's counsels' fee application (.30); review Andy's email re: demand letter to Bob Fishman relating to status (.10); final review and attention to motion to compel turnover of documents by the debtor (.10) | 1.40<br>$400.00 | $560.00 |
| 8/6/2015 | CYS | office conference with PMB re: motion for Rule 2004 exam (.20); reviewed statement of financial affairs and clawback summaries re: parties to subpoena (.20); research re: addresses and contact information for same (.40); drafted motion for Rule 2004 exams (.30); emailed Andy re: same (.10); telephone conference with Steve Jakubowski and PMB re: case status (.20) | 1.40<br>$240.00 | $336.00 (3)<br>Duplicate efforts |
| | PMB | office conference with CYS and review motion for 2004 exam and identification of Rule 2004 subpoena targets and addresses (.40) | 0.40<br>$400.00 | $160.00 |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 10

|  |  |  | Hours | Amount |  |
|---|---|---|---|---|---|
| 8/6/2015 | PMB | telephone conference with Steve Jakubowski re: status of discovery and enforcement of subpoenas against Horizon non-debtor entities (.20); office conference with CYS and review docket re: identification of potential 2004 entities (.10); email and conference with CYS re: motion for 2004 exam (.10) | 0.40 $400.00 | $160.00 |  |
| 8/7/2015 | PMB | review debtor's response to motion to compel turnover and review file for prior requests for documents and responses (1.60); identify charities from Internet research to be added to 2004 list (.20); review debtor's opposition to motion to compel turnover (.30); prepare email to Andy enclosing various PDF summaries relating to claw back letters (.40); review debtor's bank statements for January through June 2015 (.20) | 2.70 $400.00 | $1,080.00 |  |
|  | PMB | review Mark's email re: bank statements and other information and forward to CYS and Andy (.40); begin review of correspondence relating to discovery requests and debtor stonewalling (.70) | 1.10 $400.00 | $440.00 |  |
| 8/8/2015 | PMB | review and organize all emails and other correspondence relating to request for discovery, prepare outline of response, reply in support of motion for turnover (1.50) | 1.50 $400.00 | $600.00 | (2) Lumping |
|  | CYS | reviewed debtor's response to motion to compel (.20); reviewed emails from Mark Radtke and PMB re: same (.10); office conference with PMB re: same and motion for Rule 2004 motion (.30); email exchange with PMB re: additional party for same (.10) | 0.70 $240.00 | $168.00 | (3) Duplicate efforts |
| 8/10/2015 | CYS | added additional parties to Exhibit A to motion for Rule 2004 exam (.10); office conference with PMB re: same and status of discovery (.30); telephone conference with Andy and PMB re: same and reply in support of motion to compel (.20) | 0.60 $240.00 | $144.00 | (3) Duplicate efforts |
|  | PMB | review discovery correspondence (.30); revise reply memorandum in support of motion to compel debtor's turnover of recorded information and general status (.30); telephone conference with Andy Maxwell re: status on pending motions, issues with open discovery, analysis of avoidance transactions and strategy re: demand letters to initial transferees (.50); review draft 2004 exam and review records for additional potential witnesses and targets (.30); review CYS email and draft 2004 motion (.10) | 1.50 $400.00 | $600.00 |  |
| 8/11/2015 | CYS | reviewed and revised reply in support of motion to compel turnover (1.0); office conference with PMB re: same (.20); reviewed emails from PMB re: (.20); prepared exhibits for reply in support of motion to compel (.20); filed reply (.10) (N/C); reviewed email from David Gold re: document production (.10) | 1.70 $240.00 | $408.00 | (3) Duplicate efforts |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 11

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/11/2015 | PMB | review and revisions to reply memorandum re: turnover (.60); additional research and review of record re: support for open discovery compliance (.30); office conferences with CYS and review of assembly of memorandum and supporting documents (.40); office conference with CYS re: reply in support of turnover (.10); review motion and reply in support (.20); review Horizon companies' responses to subpoena and reply questions (.10); review and assemble various prior demands for documents relating to Horizon companies and analysis of responses (.70); review decision on spoliation of evidence and sanctions (.10) | 2.50 $400.00 | $1,000.00 |
| 8/12/2015 | CYS | office conference with PMB re: today's hearing and motion for Rule 2004 exam (.40); research re: contact information for various parties included in same (.30) | 0.70 $240.00 | $168.00 |
| | PMB | attend hearing on motion to compel turnover of documents and motion to intervene in 2004 proceedings (.60) conferences with parties re: discovery progress (.20) | 0.80 $400.00 | $320.00 |
| 8/13/2015 | PMB | email exchanges re: Shaw Fishman document production (.10); emails with Joe Winningham re: scheduling of appointment for document collection (.10); email to Skadden re: document collection and possible interview with David (.10); review Mark Radtke's email re: Jeff Michael's proposal re: document collection (.20) | 0.50 $400.00 | $200.00 |
| 8/14/2015 | <u>CYS</u> | <u>reviewed email and letter from Andy re: Shaw, Fishman's document production (.10); office conference with PMB re: same (.10); reviewed Goldberg Kohn's proof of claim (.10)</u> | 0.30 $240.00 | $72.00 (3) Duplicate efforts |
| | PMB | review responses to subpoena and prepare additional outline of narrow discovery requests. (.30); office conference with CYS re: status of research on addresses of initial transferee's and preparation of demand letters (.10); office conference with Carol re: preparation of rule 2004 motion and additions to 2004 parties (.30); emails to Skadden attorney re: status on production and forward to Andy (.10); email to Andy re: possible subpoena to buyer re: debtor's position that it turned over documents to the buyer (.10); review Goldberg, Kohn proof of claim (.10) | 1.00 $400.00 | $400.00 |
| 8/17/2015 | CYS | research re: contact information for additional Rule 2004 respondents (.20); reviewed and revised motion for Rule 2004 exam (.10) | 0.30 $240.00 | $72.00 |
| | PMB | office conference with CYS re: outline of enforcement strategies, list of keywords for research and status of turnover of documents received by trustee from Shaw Fishman (.40); review Horizon entities subpoena response and prepare outline of draft letter relating to ongoing disputes | 0.90 $400.00 | $360.00 |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 12

| | | | Hours | Amount |
|---|---|---|---|---|
| | | (.30); confirm date for document collection (.10); emails with Andy re: document CD cover letter (.10) | | |
| 8/18/2015 | CYS | office conference with PMB re: clawback letters and fraudulent transfer claims (.20) | 0.20 $240.00 | $48.00 |
| | PMB | telephone conference with Jenn Doherty re: background on calculation of damages and date that liability arose, escalation of attorney's fees over life of case (.30); telephone conference with Jeff Sobek re: calculation of damages, speculation on how defense counsel was valuing case and other matters related to solvency determinations (.20); telephone conference with Ken Flaxman and Jenn re: additional background on calculation of damages and possible expert testimony re: exposure of landlords to the Chicago landlord-tenant ordinance litigation (.30); telephone conference with Jeff re: possible retention of Donna as accountant for the trustee (.50); review emails re: damages in class-action (.10); emails with Andy re: continuing 341 meeting (.10); email to Joe Winningham re: status of document production and report of results of meeting with debtor (.20) | 1.70 $400.00 | $680.00 |
| 8/19/2015 | CYS | email exchange with PMB re: Shaw Fishman's document production (.10) | 0.10 $240.00 | $24.00 |
| | PMB | emails and conferences with trustee re: review of Shaw Fishman documents (.10); review and categorize Shaw Fishman documents and begin preparation of list of deficiencies (1.60); email to Andy re: status of Shaw Fishman documents (.10); emails and conference with Andy re: Shaw Fishman documents (.10) | 1.90 $400.00 | $760.00 |
| 8/20/2015 | PMB | review claim by Yardi Systems and additional claims by Horizon Companies and transmit to parties (.10); email to Andy re: trustee's responsibility re: tax returns (.10); review the Horizon Group Holdings claim and documents relating to production request (.10); telephone conference with Joe Winningham re: status of document production (.10); emails to group re: availability for depositions (.10); review CYS email re: highlighting of Shaw Fishman fee application re: documents and emails not produced (.30) | 0.80 $400.00 | $320.00 |
| 8/21/2015 | CYS | office conference with PMB re: Shaw Fishman's deficient document production (.20); reviewed email from PMB re: same (.10) | 0.30 $240.00 | $72.00 (3) Duplicate efforts |
| | PMB | email to Mark Radke and Bob Fishman re: document production deficiencies (.10); review various claims filed in case on behalf of class members and Horizon entities (.20); office conference with CYS re: deficiencies in Shaw Fishman document production (.10) | 0.40 $400.00 | $160.00 |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 13

| | | | Hours | Amount | |
|---|---|---|---|---|---|
| 8/22/2015 | PMB | reminder email to Skadden re: status of documents (.10) | 0.10<br>$400.00 | $40.00 | |
| 8/24/2015 | CYS | reviewed Goldberg Kohn's motion for relief from stay (.10); reviewed Goldberg Kohn's request for payment of administrative expenses (.10); reviewed email from PMB re: dates for Rule 2004 exams (.10) | 0.30<br>$240.00 | $72.00 | (3)<br>Duplicate efforts |
| | PMB | office conference with CYS re: preparation of 2004 motion for additional entities for production of documents relating to distributions (.20); email exchange with Mark Radtke re: scope of trustee's document request (.20); emails to Skadden re: document production (.10); emails re: proposed dates for examinations (.20) | 0.70<br>$400.00 | $280.00 | |
| 8/25/2015 | CYS | office conference with PMB re: case status and status of debtor's document production (.30); research re: information for additional parties for Rule 2004 motion (.20); reviewed and revised same (.20); filed same (.10) | 0.80<br>$240.00 | $192.00 | (3)<br>Duplicate efforts |
| | PMB | review Michael's and Horizon Group's response subpoena and prepare outline of consultation letter (1.20); office conference with CYS re: status of trustee's rule 2004 motion and future dates (.20); conference with CYS re: 2004 exam and form of 2004 exam exhibit (.20) | 1.60<br>$400.00 | $640.00 | (4) Typo - Duplicate of previous entry |
| 8/27/2015 | CYS | office conference with PMB re: Skadden and Shaw Fishman's document production (.20) | 0.20<br>$240.00 | $48.00 | |
| | PMB | review emails re: scheduling of debtor examination (.10); continued review and coordination of inputting and organization of Skadden Arps documents (1.20); email from Joe Winningham re: status of document production (.10); attend hearing re: debtor's counsel's fee application and review order granting application (.70); review Mark Radtke's email confirming appearance of Daniel Michael on September 29 (.20); review Goldberg Kohn motion for stay relief and administration claim (.20) | 2.50<br>$400.00 | $1,000.00 | |
| 9/1/2015 | PMB | telephone conference with Andy Maxwell re: report on Skadden Arps documents, analysis of Goldberg Kohn request for payment of administrative expenses, preparation of demand letter to Goldberg re: documents and nature of representation, analysis of Skadden versus Kahn documents re: debtor's notice of exposure on claims, and status of discovery (.50); prepare emails to debtor re: status of Shaw Fishman's document production and confirmation of debtor's representations (.30); prepare email to attorneys for Michaels family and Horizon companies re: confirmation of representations relating to lack of possession of documents.(.20); emails with CYS and the Steve Jakubowski and review of emails from Radke re: status of document production and debtor's position re: effect of sale on its obligations under subpoena (.10); prepare email to David Gold re: confirming that Michaels family and affiliates have no documents relevant to | 2.40<br>$400.00 | $960.00 | |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page  14

| | | | Hours | Amount | |
|---|---|---|---|---|---|
| | | distributions and charitable contributions (.40); analysis of charitable contributions and distributions (.60); review letters confirming representations (.20); email to Andy re: demand on Goldberg Kohn for documents (.10) | | | |
| 9/1/2015 | CYS | telephone conference with Andy and PMB re: case status and discovery (.20); emailed Ronald Barliant re: Goldberg Kohn's motion for administrative expense (.10); office conference with PMB re: same (.20); reviewed emails from Mark Radtke and PMB re: Shaw Fishman and Golberg Kohn's document production (.20) | 0.70 $240.00 | $168.00 | |
| 9/2/2015 | PMB | email to Andy Maxwell and Steve Jakubowski re: analysis of March 9, 2012 memorandum from debtor to attorneys re: its acknowledgment of potential $1 million of liability in the security deposit case (.20); emails with Mark Radke re: status of Shaw Fishman electronic document production (.10) | 0.30 $400.00 | $120.00 | |
| | CYS | reviewed emails from Mark Radtke and PMB re: document production (.10); reviewed emails from PMB and Jeff Michael's memo re: underpayment of security deposit interest (.20) | 0.30 $240.00 | $72.00 | (3) Duplicate efforts |
| | PMB | research and conferences re: Rule 45 requirements and the fact of debtor transferring documents in assets sale while they were subject to outstanding subpoena (1.20); review documents, prepare outline for discovery conference letter (.20); email exchanges with Mark re: status of Shaw Fishman production of documents (.30) | 1.70 $400.00 | $680.00 | |
| 9/3/2015 | PMB | review Skadden Arps documents and assemble deposition exhibits, compare Skadden Arps production of underlying documents with those documents produced by Shaw Fishman, prepare discrepancy list and determine whether debtor's management was misleading Shaw Fishman re: their knowledge of the exposure in the Bonnen action (3.50); email to Andy re: various smoking gun memorandum included among Skadden Arps and debtor and documents that were not produced by Shaw Fishman or the debtor (.10); research re: rule 45 obligation to preserve documents upon service of subpoena and whether sale of assets relieves obligation (.40) | 4.00 $400.00 | $1,600.00 | |
| | CYS | reviewed email from PMB with David Pehlke's exposure analysis for Bonnen case (.10); office conference with PMB re: same (.20) | 0.30 $240.00 | $72.00 | (3) Duplicate efforts |
| 9/4/2015 | PMB | emails with Donna Raine re: status of avoiding action analysis (.10); review critical memorandum reflecting debtor's acknowledgement of liability in the Bonnen litigation and forward to Andy Maxwell (.60); telephone conference with Ken Flaxman re: summary findings in Skadden Arps documents and Ken's recollection of discussions with attorneys in connection with settlement (.30) | 1.00 $400.00 | $400.00 | |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 15

| | | | Hours | Amount | |
|---|---|---|---|---|---|
| 9/8/2015 | CYS | office conference with PMB re: application to employ forensic accountant and motion to compel debtor to produce documents (.20) | 0.20 $240.00 | $48.00 | (3) Duplicate efforts |
| | PMB | conference with CYS re: retention of accountant and motion to compel document production timing (.10) | 0.10 $400.00 | $40.00 | |
| 9/9/2015 | CYS | email exchange with Kristina Bunker & PMB re: documents produced by Goldberg Kohn (.10); reviewed same (.10); office conference with PMB re: same and response to Goldberg Kohn's motion for administrative expense (.20) | 0.40 $240.00 | $96.00 | (3) Duplicate efforts |
| | PMB | email exchanges with Goldberg, Kohn re: supporting documents and review (.10); office conference with CYS re: legal issues relating to allowance of claims where special counsel did not obtain prior court approval (.20); email questions re: Goldberg Kohn representation and status of collective-bargaining agreement (.10); review documents to determine that Goldberg Kohn retainer was paid by Horizon Realty Group Holdings not the debtor (.10) | 0.50 $400.00 | $200.00 | |
| 9/10/2015 | PMB | review Shaw Fishman electronically stored documents and conference with Staci re: instructions on organization (3.90); emails with Mark Radke re: status of production and questions relating to preparation of tax returns and schedule C to Daniel Michael's individual return (.10); emails with Andy Maxwell re: status, meeting and strategy conference (.10) | 4.10 $400.00 | $1,640.00 | (2) Lumping |
| 9/14/2015 | CYS | office conference with PMB re: Motion for Rule 2004 exam; debtor's document production; and 341 meeting (.20) | 0.20 $240.00 | $48.00 | (3) Duplicate efforts |
| | PMB | review David Gold's email re: confirming that Michaels and Horizon parties have no documents (.10); office conference with CYS re: status of document production, organization of documents for examinations and completion of 2004 exam and 341 meeting (.20) | 0.30 $400.00 | $120.00 | |
| 9/15/2015 | CYS | office conference with PMB re: motion for Rule 2004 exam (.10) | 0.10 $240.00 | $24.00 | (3) Duplicate efforts |
| | PMB | attend hearing on Goldberg, Kohn motions for stay relief and for allowance of administrative expense (.50); attend hearing on motion for Rule 2004 exam (.50); assemble and review materials in preparation for hearing on Goldberg Kohn motions (.50); telephone conference with Greg Stern re: comparable claims asserted in Klarchek bankruptcy and applicability to Horizon case (.30); telephone conference with Donna Raine re: outline of potential projects and questions re: Donna's potential retention by trustee (.10) | 1.90 $400.00 | $760.00 | (4) Typo - duplicate of previous entry because both matters were heard together |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/16/2015 | PMB | review general ledger re: discrepancy between disbursements reflected on general ledger and absence of disbursements from debtor's operating account (.50); identify questions for Donna re: missing documents and analysis of reconciling entries included in distribution analysis (.10); email to Donna re: questions and outline and review docket entry on order granting 2004 exam (.10) | 0.70 $400.00 | $280.00 |
|  | PMB | telephone conference with Ron Peterson re: strategy of obtaining assignments of claims from individual creditors and issues relating to possible use of IRS fraudulent transfer statute and related issues (.40); telephone conference with Donna Rain re: completion of analysis of four-year transfers and related issues (.60); review general ledger, supplemental reports and bank accounts to determine extent of fraudulent transfers (1.20); research re: trustee complaints and comparable types of actions (2.70) | 4.90 $400.00 | $1,960.00 |
| 9/17/2015 | PMB | review Skadden Arps correspondence and significant documents and revise events timeline (1.40); prepare email to Reed Smith re: their possible consultation on the Bonnen class-action (.20); review and revise draft fraudulent transfer complaint (2.30); research and review Ebner fraudulent transfer complaint against family members of the owner of Lakeshore Athletic Club (.50); emails to Florida counsel re: strategy with respect to action against Palm Beach County tax collectors re: company's payment of real estate taxes on personal residence (.20); telephone conference with Donna Raine re: forensic analysis of full four years and other discrepancies in Horizon records (.10); review article on Kerr-McGee bankruptcy and fraudulent transfer of viable assets to avoid liabilities (.20) | 4.90 $400.00 | $1,960.00 |
|  | CYS | office conference with PMB re: Sanford Kahn's letter to Jeff Michael about Bonnen settlement (.20) | 0.20 $240.00 | $48.00 (3) Duplicate efforts |
| 9/18/2015 | PMB | emails with Joe Winningham re: status of recovery of electronic documents (.10); emails with Greg Stern and other Klarchek participants relating to draft complaint asserting claims under federal statute of limitations and federal fraudulent transfer provisions (.20); review and revisions to timeline (.10); emails with Florida counsel re: pros and cons of suing real estate taxing authority (.10) | 0.50 $400.00 | $200.00 |
|  | CYS | office conference with PMB re: preparation for 341 meeting and deposition of Daniel Michael (.30) | 0.30 $240.00 | $72.00 (3) Duplicate efforts |
| 9/19/2015 | PMB | research files and assemble complaints from comparable trustee cases seeking recovery of unlawful distributions and fraudulent transfers made by insiders of insolvent debtor including Leibowitz v. Goldblatt's and Holly Marine (.40); review comparable case complaints for structure and various theories of liability and form of pleading (.70); review and revisions to | 1.70 $400.00 | $680.00 |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Trustee's complaint v. Michaels relating to fraudulent transfers, breach of fiduciary duty, alter ego and other claims relating to looting of company during pendency of litigation (.50); follow-up email to Skadden Arps re: interview of Pehlke and status of determination of source of payment (.10) |  |  |
| 9/21/2015 | PMB | emails re: scheduling 2004 exam (.10); review and organize documents for 2004 exam and prepare general outline of questions for examination (5.60); review and revisions to master complaint to avoid fraudulent transfers against insiders (.40); email exchange with debtor and Michael's counsel re: status of examination and confirming date and time and facility needs (.10) | 6.20 $400.00 | $2,480.00 |
| 9/22/2015 | PMB | emails to Andy re: status of Danny Michael deposition (.10) | 0.10 $400.00 | $40.00 |
| 9/23/2015 | PMB | telephone conference with Jenn Doherty re: strategies on documents and planning for 2004 exam (.30); email exchanges confirming depositions related matters (.10); produce copies of documents for review by creditors (.30); email exchange with Andy re: confirmation of plan for commencing 341 meeting and 2004 exam (.10); emails with Mark Radke re: confirming date of 2004 exam and 341 meeting (.10); review and forward critical Skadden Arps documents to group re: Horizon's knowledge of exposure on claims: relevance to solvency and actual fraud claims (.20) | 1.10 $400.00 | $440.00 |
| 9/25/2015 | PMB | email exchange with Joe Winningham on status of collection of electronic data waiting reply from Yardi (.10) | 0.10 $400.00 | $40.00 |
| 9/28/2015 | CYS | office conference with PMB re: preparation for Daniel Michaels' exam (.20); email exchange with Jenn Doherty re: state court pleadings for same (.10); prepared exhibits for same (.30) | 0.60 $240.00 | $144.00 |
|  | PMB | review and organize documents in preparation for rule 2000 and for continued 341 meeting (2.20); prepare questions and further review and analysis of documents (1.60); review emails and documents relating to amended complaint defenses and various critical pleadings in the Bonnen state court case (.50) | 4.30 $400.00 | $1,720.00 |
| 9/29/2015 | CYS | office conference with Andy, PMB, and Jeff Sobek re: litigation strategy (.20) | 0.20 $240.00 | $48.00 |
|  | PMB | prepare and conduct Rule 2004 341 meeting, various conferences with parties on breaks and follow-up on supplemental questions (4.30); final preparation and document review and organization for 341 meeting in 2004 exam (2.60); emails and conference with Andy re: status of deposition (.10) | 2.70 $400.00 | $1,080.00 |

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 18

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/30/2015 | PMB | review and respond to Jeff Sobek emails and review Skadden Arps' documents re: detail on billing information and analysis of privileged emails re: advice on claim exposure settlement and bankruptcy fraud (1.60) | 1.60 $400.00 | $640.00 (2) Lumping |
| | PMB | review Judge Cox decision in Bridgeview and applicability of claims to our case (.50); office conference with CYS re: drafting of complaint and outlining of various claims for breach of fiduciary duty and fraudulent transfer against Michaels and Michael's related entities (.40); review emails to Donna re: preparation of application for employment and outline of various tasks needed to complete analysis for claw back letters and complaints (.70); telephone conference with Jeff Sobek re: Himmel duty to report Jeff Michael for practicing law without a license (.20); review Skadden Arp's documents re: detail on fees and related matters (2.30) | 4.10 $400.00 | $1,640.00 |
| | CYS | reviewed emails from PMB and Jeff Sobek re: Daniel Michaels' exam and documents produced (.10); office conference with PMB re: same (.10) (N/C) | 0.10 $240.00 | $24.00 (3) Duplicate efforts |

**Subtotal** | | | **138.30** | **$51,544.00**

**Special Counsel & Professional Retention**

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/5/2015 | CYS | reviewed and revised trustee's application to employ Bauch & Michaels (.20) | 0.20 $240.00 | $48.00 |
| 6/8/2015 | PMB | office conference with CYS and research re: trustee's retention of us as special counsel and significance of prior representation of the debtor (.50) | 0.50 $400.00 | $200.00 |
| 6/9/2015 | PMB | follow-up conferences with CYS re: issues relating to retention as special counsel to trustee overcoming disinterestedness and other issues (1.10) | 1.10 $400.00 | $440.00 |
| 6/11/2015 | PMB | review and revise application to employ special counsel (.50) | 0.50 $400.00 | $200.00 |
| 9/29/2015 | CYS | office conference with PMB re: preparing application to employ Donna Raine and requirement of further analysis from her (.20) | 0.20 $240.00 | $48.00 |
| 9/30/2015 | CYS | prepared initial draft of application to employ Donna Raine (.30); prepared affidavit re: same (.20); emailed Donna Raine re: same (.10) | 0.60 $240.00 | $144.00 |

**Subtotal** | | | **3.10** | **$1,080.00**

For professional services rendered | | | 143.40 | $53,184.00

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No. 13242
Page 19

Costs

| | | Amount |
|---|---|---:|
| **In re Horizon Group Management, LLC Investigation** | | |
| 8/25/2015 | Photocopies:Trustee's Motion for Leave to Conduct Rule 2004 Examinations | 15.00 |
| | Postage:Trustee's Motion for Leave to Conduct Rule 2004 Examinations | 10.65 |
| 9/29/2015 | Photocopies:Deposition Exhibits | 668.50 |
| | Kruse and Associates:Deposition Transcript of Daniel Michael (estimated) | 1,154.00 (1) |
| **Subtotal** | | **1,848.15** |
| Total costs | | $1,848.15 |
| Total amount of this bill | | $55,032.15 |
| **Balance due** | | **$55,032.15** |

(1) Reimbursement only for actual costs: Allowed at $986.00.

Please remit total due upon receipt of this statement.

Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| Paul M. Bauch | 117.30 | 400.00 |
| Carolina Y. Sales | 26.10 | 240.00 |

We appreciate your business with our firm. Pursuant to your retention agreement with our firm, you have promised to pay for legal services rendered upon receipt of each statement or to replenish your retainer with our firm for the amount of this statement. You have also promised to pay an interest rate of 1% per month on any unpaid balance. Prompt payment is essential to our being able to continue to provide legal services to you.

Payments may be made by check, wire transfer, or credit card. Call our office to arrange payment by credit card. Our wire transfer instructions are:

JPMorgan Chase Bank, NA
10 S. Dearborn, Chicago, IL 60603
Account Name: BAUCH & MICHAELS LLC
Account Number: 917421919
ABA Number: 071000013
SWIFT Code : CHASUS33 (for international wires)

Andrew J. Maxwell, Trustee
October 07, 2015
Invoice No.  13242
Page  20