IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HORIZON GROUP MANAGEMENT, LLC, | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor. | ) | Case No. 14-41230 |

**TRUSTEE'S AGENDA FOR HEARING–
SEPTEMBER 14, 2020 AT 2:00 P.M.**

Andrew J. Maxwell, as Chapter 7 Trustee (the "Trustee") for Horizon Group

Management, LLC, an Illinois limited liability company ("Horizon" or the "Debtor"),

hereby submits this agenda for the hearing on Monday, September 14, 2020 at

2:00 P.M.

**I.      In re Horizon Group Management, LLC, Case No. 14 B 41230**

| ECF No. | Matter | Description | Trustee's Desired Outcome |
|---|---|---|---|
| 246, 430 | Trustee's First Omnibus Objection to Claims 7 & 8 | Trustee's First Omnibus Objection to Claims 7 & 8 filed by Horizon Group Realty Holdings, LLC. Horizon Group Realty Holdings, LLC filed Response. Discovery proceeding. | Parties to meet and confer and submit draft scheduling order and agree on form pretrial order; continue to October 12, 2020 for status. |

**II.     Maxwell v. Michael, et al., Adv. No. 16 A 00394**

| ECF No. | Matter | Description | Trustee's Desired Outcome |
|---|---|---|---|
| 32, 241 | Status Hearing | Status hearing on Third Amended Complaint: Defendants filed Answer and Affirmative Defenses. Discovery proceeding. | Parties to meet and confer and submit draft scheduling order and agree on form pretrial order; continue to October 12, 2020 for |

| | | | status. |
|---|---|---|---|
| 162, 242 | Defendants' Motion to Amend | Defendants' Motion to Amend order Setting Discovery Schedule and Deadlines. | Parties to meet and confer and submit draft scheduling order and agree on form pretrial order; continue to October 12, 2020 for status. |
| 170, 243 | Trustee's Motion to Amend Order | Trustee's Motion to Amend Order Setting Discovery Schedule and Deadlines. | Parties to meet and confer and submit draft scheduling order and agree on form pretrial order; continue to October 12, 2020 for status. |

### III.    Maxwell v. Citibank, N.A., Adv. No. 16 A 00414

| ECF No. | Matter | Description | Trustee's Desired Outcome |
|---|---|---|---|
| 6, 177 | Status Hearing | Status hearing: Trustee filed Second Amended Complaint on Aug. 22, 2017. Citibank filed Answer, Defenses, & Third-Party Complaint on Nov. 30, 2017. Citibank & Defendants filed Stipulation to Dismiss Third-Party Complaint [ECF No. 115]; discovery proceeding. | Parties to meet and confer and submit draft scheduling order and agree on form pretrial order; continue to October 12, 2020 for status. |
| 100, 178 | Citibank's Motion to Consolidate | Citibank's Motion to Consolidate Adversary Proceedings. | Continue to October 12, 2020 for status. |

2

## IV. <u>Maxwell v. Addison Reserve Country Club, Inc., Adv. No. 16 A 00416</u>

| ECF No. | Matter | Description | Trustee's Desired Outcome |
|---|---|---|---|
| 1, 125 | Status Hearing | Status hearing: Trustee filed Second Amended Complaint on Aug. 22, 2017. Addison Reserve filed Answer on Nov. 30, 2017. Discovery proceeding. | Parties to meet and confer and submit draft scheduling order and agree on form pretrial order; continue to October 12, 2020 for status. |

## V. <u>Maxwell v. United States of America, Adv. No. 16 A 00465</u>

| ECF No. | Matter | Description | Trustee's Desired Outcome |
|---|---|---|---|
| 1, 89 | Status Hearing | Status hearing on Complaint: United States filed answer and defenses; discovery proceeding. | Parties to meet and confer and submit draft scheduling order and agree on form pretrial order; continue to October 12, 2020 for status. |

## VI. <u>Maxwell v. Friends of the Israel Defense Forces, Inc., Adv. No. 16 A 00468</u>

| ECF No. | Matter | Description | Trustee's Desired Outcome |
|---|---|---|---|
| 1, 106 | Status Hearing | Status hearing on Second Amended Complaint: FIDF filed Answer & Affirmative Defenses on Sept. 6, 2017. Discovery proceeding. | Parties to meet and confer and submit draft scheduling order and agree on form pretrial order; continue to October 12, 2020 for status. |

Dated: September 10, 2020      Andrew J. Maxwell, Trustee

/s/ Paul M. Bauch
One of his attorneys

3

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
Anthony J. O'Neill (ARDC #6295313)
LAKELAW
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel.: (312) 588-5000
pbauch@lakelaw.com

4